# Commonwealth of Massachusetts

MIDDLESEX,SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. ___2181CV5355___

Partington Builders, LLC
_____, PLAINTIFF(S),

V.

Nautilus Ins. co.
_____, DEFENDANT(S)

## SUMMONS

THIS SUMMONS IS DIRECTED TO Nautilus Ins. Co.
_____ . (Defendant's name)

**You are being sued.**  The Plaintiff(s) named above has started a lawsuit against you.  A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Middlesex Superior _____ Court.  **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.  **You must respond to this lawsuit in writing within 20 days.**  If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint.  You will also lose the opportunity to tell your side of the story.  You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff.  **If you need more time to respond, you may request an extension of time in writing from the Court.**

2.  **How to Respond.**  To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented).  You can do this by:

a.  Filing your **signed original** response with the Clerk's Office for Civil Business, Middlesex Superior Court, _____ (address), by mail or in person, **AND**  Two Tradecenter Plaza, Woburn, MA 01801

b.  Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: ___872 Mass. Ave., 1-6, Cambridge, MA 02139___

3.  **What to include in your response.**  An **"Answer"** is one type of response to a Complaint.  Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint.  Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court.  If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer.  Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit.  If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer.  You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient.  A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**.  If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov/courts/case-legal-res/rules of court.

**RECEIVED**

DEC 16 2021

NAUTILUS INSURANCE GROUP
REGULATORY DEPT

4.   **Legal Assistance.**  You may wish to get legal help from a lawyer.  If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5.   **Required information on all filings:**  The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _____ , 20 ___ .

_Michael A. Sullivan_

Michael A. Sullivan
Clerk-Magistrate

Note:  The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

# PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ , 20 ___ , I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated: _____ , 20 ____          Signature: _____

**N.B.    TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

```
                                                              , 20____
```

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 2181CV05355 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| CASE NAME: Partington Builders, Llc vs. Nautilus Insurance Co. | Michael A. Sullivan, Clerk of Court Middlesex County |
|---|---|

| TO: Jonas A Jacobson, Esq. The Law Offices of Jonas Jacobson 872 Massachusetts Ave Unit 1    6 Cambridge, MA 02139 | COURT NAME & ADDRESS Middlesex County Superior Court - Woburn 200 Trade Center Woburn, MA 01801 |
|---|---|

### TRACKING ORDER - A - Average

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**                                        **DEADLINE**

|  | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court |  | 03/07/2022 |  |
| Response to the complaint filed (also see MRCP 12) |  | 04/05/2022 |  |
| All motions under MRCP 12, 19, and 20 | 04/05/2022 | 05/05/2022 | 06/06/2022 |
| All motions under MRCP 15 | 01/30/2023 | 03/01/2023 | 03/01/2023 |
| All discovery requests **and depositions** served and non-expert depositions completed | 11/27/2023 |  |  |
| All motions under MRCP 56 | 12/26/2023 | 01/25/2024 |  |
| Final pre-trial conference held and/or firm trial date set |  |  | 05/24/2024 |
| Case shall be resolved and judgment shall issue by |  |  | 12/05/2024 |

**The final pre-trial deadline is _not the scheduled date of the conference_.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED 12/06/2021 | ASSISTANT CLERK Debra J Newman | PHONE (781)939-2748 |
|---|---|---|

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| | | COUNTY Middlesex Superior Court (Woburn) |

| Plaintiff     Partington Builders, LLC | Defendant: |
|---|---|
| ADDRESS:     9 Michael Lane, Sterling, MA | ADDRESS:     Nautilus Insurance Co. |
| | 7233 East Butherus Drive, Scottsdale, Arizona 85260. |
| Plaintiff Attorney:     Jonas A. Jacobson | Defendant Attorney: |
| ADDRESS:     872 Massachusetts Ave., Unit 1-6 | ADDRESS: |
| Cambridge, MA 02139 | |
| 617-230-2779 | |
| BBO:     676581 | BBO: |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)

| CODE NO.<br>D13 | TYPE OF ACTION (specify)<br>Declaratory Judgment | TRACK<br>A | HAS A JURY CLAIM BEEN MADE?<br>☒ YES    ☐ NO |
|---|---|---|---|

**\*If "Other" please describe:**

| Is there a claim under G.L. c. 93A?<br>☒ YES    ☐ NO | Is there a class action under Mass. R. Civ. P. 23?<br>☐ YES    ☐ NO |
|---|---|

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

A. Documented medical expenses to date

    1. Total hospital expenses                                  _____

    2. Total doctor expenses                                     _____

    3. Total chiropractic expenses                            _____

    4. Total physical therapy expenses                      _____

    5. Total other expenses (describe below)              _____

| | |
|---|---|

                                        Subtotal (1-5): _____  **$0.00**

B. Documented lost wages and compensation to date      _____

C. Documented property damages to date          _____

D. Reasonably anticipated future medical and hospital expenses   _____

E. Reasonably anticipated lost wages            _____

F. Other documented items of damages (describe below)

| | |
|---|---|

                                        TOTAL (A-F): _____  **$0.00**

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

| Defendant failed to provide coverage for covered loss. |
|---|

### CONTRACT CLAIMS

☒ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | Attorney's fees (ongoing) | $50,001.00 |
| | Total | **$50,001.00** |

| Signature of Attorney/Unrepresented Plaintiff: X     /s/ Jonas A. Jacobson | Date:     December 6, 2021 |
|---|---|

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

| Blowers et al. v. Partington Builders, LLC 2181CV01336 |
|---|

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

| Signature of Attorney/Unrepresented Plaintiff: X     /s/ Jonas A. Jacobson | Date:     December 6, 2021 |
|---|---|

<u>**COMMONWEALTH OF MASSACHUSETTS**</u>

MIDDLESEX, S.S.                                     MIDDLESEX SUPERIOR COURT
                                                    C.A. NO.:

| | |
|---|---|
| <u>PARTINGTON BUILDERS, LLC,</u> | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| NAUTILUS INSURANCE CO. | ) |
| <u>Defendant</u> | ) |

<u>**COMPLAINT FOR A DECLARATORY JUDGMENT**</u>

INTRODUCTION

The Plaintiff Partington Builders, LLC (herein "Partington") is a Massachusetts contractor. The

Defendant, Nautilus Insurance Co. (herein "Nautilus") issued a general liability policy to Partington.

Partington was later sued by a neighbor, Douglas and Simone Blowers (herein the "Blowers") who

alleged that Partingon had intentionally cut down some trees on their land, and regraded a portion of

their property without permission. Contrary to these assertions, Partington maintains that it had

permission or, in the alternative, that there was a misunderstanding with the Blowers. Partington timely

submitted a notice of suit to Nautilus, which denied coverage by written letter. This suit seeks a

declaration that there is coverage available under the policy, and seeks redress under G.L.c. 93A, to the

extent that Nautilus should not have accepted the Blowers' version of events in whole cloth, as an

excuse to deny coverage.

PARTIES

(1).     The Plaintiff, Partington Builders, LLC is a Massachusetts Limited Liability Company, with a

principal place of business located at Partington has built a house located at 52 Mary Catherine Lane, in

Sudbury (herein "52 Mary Catherine")

1

(2).    Nautilus Insurance Co., is an Arizona Stock Company, which has agreed to accept service of any suit by service made upon Janet Shemanske, or her nominee of the Company at 7233 East Butherus Drive, Scottsdale, Arizona 85260.

(3).    Nautilus issued a policy of insurance to Partington, a true copy of which is attached hereto as Exhibit A (herein the "Policy").

(4).    The Policy provides that, Nautilus, "will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. [And that it will] will have the right and duty to defend the insured against any "suit" seeking those damages.

(5).    Accordingly, any denial of coverage under the policy must be based on an applicable policy exclusion, and not on a lack of coverage.

(6).    Partington was sued by its neighbors, Douglas and Simone Blowers (herein the "Blowers") who alleged that Partington had intentionally cut down some trees, and regraded some earth, sitting upon their Property. A true copy of their complaint is attached hereto as Exhibit B.

(7).    Wayne Partington, Manager of Partington, sent a copy of the complaint to Nautilus on or around, June 18th, 2021 and explained on the telephone that the issue was that he believed that Douglas Blowers given him permission to take down the trees and stumps in question, and re-grade the land, See Exhibit C.

(8).    In fact, Mr. Partington was justified in this belief, see Exhibit D (correspondence with Douglas Blowers).

(9).    On or around July 1st, 2021, Nautilus denied coverage, by written letter, See Exhibit E.

(10).    Nautilus denied coverage on three grounds:

(a).    an "Occurrence," meaning, "an accident, including continuous or repeated exposure to substantially the same general harmful conditions," had not occurred, so there could be no coverage (lack of an "Occurrence");

(b).    that the damage to the Blowers property was, "intended from the standpoint of the insured [Partington]" ("intended act"); and

(c).    that Nautilus has no duty to cover claims arising out of or caused by "," (subsidence or movement of soil, land, bedrock or earth", whether natural, manmade or otherwise ("Subsidence").

(11).    The argument with respect to the lack of an, "Occurrence," ignores the reality that, if Partington is liable in this case, it will be as the result of an "accident," specifically, the misunderstanding arising between Wayne Partington and Douglas Blowers as to Partington's right to enter onto the Blowers land to remove the small trees and brush there, and regrade the land.

(12).    The argument with respect to the "intended act," by Partington, must also fail, because Partington, believing it had permission, did not intend to cause the Blowers damage, but rather to render a mutual (and mutually agreed upon) benefit.

(13).    The denial of coverage on the basis of Subsidence must fail, because the actual definition of, "subsidence."

(14).    The United States Geological Survey explains that , "[l]and subsidence occurs when large amounts of **groundwater** have been withdrawn from certain types of rocks, such as fine-grained sediments. The rock compacts because the water is partly responsible for holding the ground up."

(15).    Plainly, the damage the Blowers complain of did not occur as a result of subsidence, but rather as a result of Partington's misunderstanding as to its agreement with the Blowers.

CLAIMS

Count I – Declaratory Judgment

(16).    The Plaintiff re-states and re-alleges paragraphs 1-15 as if separately set forth herein.

3

(17).    A controversy has arisen between the Plaintiff and the Defendant as to the interpretation of a

written document, specifically, the Policy of insurance attached hereto as Exhibit A, and the lawsuit of

the Blowers filed against Partington, respecting the availability of coverage under the policy for the

claims made in the lawsuit.

(18).    The Plaintiff has been damaged by Nautilus denial of coverage.

### VIOLATION OF G.L.c. 93a §§ 2, 11

(20).    The Plaintiff re-states and re-alleges paragraphs 1-19 as if separately set forth herein.

(21).    The Plaintiff and the Defendant are both engaged in trade and commerce.

(22).    There is no demand letter requirement for business to business type claims under G.L.c. 93A §
11

(23).    Nautilus failed to reasonably investigate the Plaintiff's claim, and denied it without a reasonable

investigation, in violation of G.L.c. 176D § 3(9)(d).

(24).    Nautilus failed to have in place reasonable claim handling procedures, insofar as it denied the

Plaintiff's claim based on "subsidence," which is a term referring to the gradual creation of sinkholes as

a result of ongoing groundwater action, when that has nothing to do with this case.

(25).    The Plaintiff has been damaged by Nautilus' unfair claims handling practices.


WHEREFORE, the Plaintiff, Partington Builders, LLC, prays this Honorable Court DECLARE that
coverage for the lawsuit exists under the Policy, and ORDER the Defendant, Nautilus Insurance Co., to
provide coverage for Partington, and to pay its legal fees incurred to date.


Respectfully Submitted,
The Defendant, Partington Builders, LLC
By its Attorney,                                                         November 18, 2021

/S/ Jonas A. Jacobson
Jonas A. Jacobson (BBO: 676581)
872 Mass. Ave., Unit 1-6
Cambridge, MA 02139
617.230.2779
jonas@jonasjacobson.com

4

# EXHIBIT A

# Nautilus Insurance Company®

## An Arizona Stock Corporation

## COMMERCIAL LINES POLICY

**THIS POLICY IS NOT OBTAINED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

THIS POLICY CONSISTS OF:

- Declarations;
- Common Policy Conditions; and
- One or more Coverage Parts.  A Coverage Part consists of:
  - One or more Coverage Forms; and
  - Applicable Forms and Endorsements.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_W. Robert Berkley, Jr._
President

_Philip S. Welt_
Secretary

Administrative Office: 7233 East Butherus Drive, Scottsdale, Arizona 85260 (480) 509-6627

Policy Issuing Office: 7233 East Butherus Drive, Scottsdale, Arizona 85260 (480) 951-0905

E001J (07/20)

COMMERCIAL LINES POLICY - COMMON POLICY DECLARATIONS

# NAUTILUS INSURANCE COMPANY

Scottsdale, Arizona

**Transaction Type:** New

Renewal of Policy #_____
Rewrite of Policy # _____
Cross Ref. Policy # _____
NIC Quote # _____

Inspection Ordered:
☐ Yes  ☒ No

**Policy No.** NN1206393

**Named Insured and Mailing Address**
(No., Street, Town or City, County, State, Zip Code)
PARTINGTON BUILDERS LLC

9 MICHAEL LANE

Sterling          MA    01564

**NO FLAT CANCELLATION**

**Agent and Mailing Address**      **Agency No.** 201300
(No., Street, Town or City, County, State, Zip Code)
AmWINS Access Insurance Services, LLC
2 Rosenfeld Drive

Hopedale          MA    01747

This policy is insured by a company which is not admitted to transact insurance in the commonwealth, is not supervised by the commissioner of insurance and, in the event of an insolvency of such company, a loss shall not be paid by the Massachusetts Insurers Insolvency Fund under chapter 175D.

**Policy**
**Period:** From 02/25/2021  to  02/25/2022       NO FLAT CANCELLATION
                                   at 12:01 A.M. Standard Time at your mailing address shown above.
**Business Description:** RESIDENTIAL GENERAL CONTRACTOR AND HOME BUILDER      **Tax State** MA

**Form of Business:** Limited Liability Company

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE WILL PROVIDE YOU THE INSURANCE STATED IN THIS POLICY.

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | **PREMIUM** |
|---|---|
| Commercial General Liability Coverage Part | $ 3,355.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL ADVANCE PREMIUM** Minimum & Deposit | $ 3,355.00 |

Tax & Fee Schedule
Inspection Fee      $   75.00
Service Fee             75.00
Surplus Lines Tax      134.20

TOTAL TAXES & FEES      $      284.20

**TOTAL**      $    3,639.20

Form(s) and Endorsement(s) made a part of this policy at time of issue:
**Refer to Schedule of Forms and Endorsements.**

1927919

Countersigned: Hopedale,MA
          03/01/2021    RM
                        EG

By _____
Countersignature or Authorized Representative, whichever is applicable

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E001 (02/14)

POLICY NUMBER: NN1206393

Named Insured: PARTINGTON BUILDERS LLC

# SCHEDULE OF FORMS AND ENDORSEMENTS

COMMON POLICY

| | | |
|---|---|---|
| E001 | (02/14) | Nautilus Insurance Company Common Policy Declarations |
| E001J | (07/20) | Nautilus Insurance Company Commercial Lines Policy Jacket |
| IL0017 | (11/98) | Common Policy Conditions |
| E915 | (07/13) | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| E906 | (12/20) | Service Of Suit |
| S013 | (07/09) | Minimum Earned Premium Endorsement |
| E919 | (01/20) | Privacy Notice |

COMMERCIAL GENERAL LIABILITY

| | | |
|---|---|---|
| S150 | (07/09) | Commercial General Liability Coverage Part Declarations |
| CG0001 | (04/13) | Commercial General Liability Coverage Form (Occurrence Version) |
| CG2107 | (05/14) | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - Limited Bodily Injury Exception Not Included |
| CG2147 | (12/07) | Employment-Related Practices Exclusion |
| CG2173 | (01/15) | Exclusion of Certified Acts of Terrorism |
| CG2196 | (03/05) | Silica or Silica-Related Dust Exclusion |
| CG2280 | (04/13) | Limited Exclusion - Contractors - Professional Liability |
| IL0021 | (09/08) | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| L201 | (07/10) | Exclusion - Exterior Insulation and Finish Systems (EIFS) |
| L205 | (11/10) | Exclusion - Injury To Employees, Contractors, Volunteers and Other Workers |
| L216 | (04/16) | Amendment of Definitions - Insured Contract (Limited Form) |
| L217 | (06/17) | Exclusion - Punitive or Exemplary Damages |
| L223 | (06/07) | Exclusion - Total Pollution |
| L236 | (06/07) | Total Exclusion - Subsidence or Movement of Soil, Land, Bedrock or Earth |
| L238 | (06/07) | Exclusion - Toxic Metals |
| L241 | (07/09) | Exclusion - Microorganisms, Biological Organisms, Bioaerosols or Organic Contaminants |
| L251 | (12/18) | Coverage Limitation and Exclusion - Residential Construction Operations |
| L280 | (06/07) | Conditional Exclusion - Weather-Related Property Damage (Roofing Operations) |
| L288 | (01/15) | Additional Conditions and Exclusions - Contractors Subcontracted Work |

The forms and endorsements shown on this Schedule constitute the entire policy at the time of issuance.

POLICY NUMBER: NN1206393

Named Insured: PARTINGTON BUILDERS LLC

# SCHEDULE OF FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| L408 | (03/12) | Changes - Civil Union Or Domestic Partnership |
| L292 | (06/07) | Exclusion - Your Work Completed Prior to Specified Date |
| L305 | (08/07) | Exclusion - All Operations Covered By a Consolidated (Wrap-Up) Insurance Program |
| L320 | (06/09) | Exclusion - Tainted Drywall Material |
| L335 | (10/15) | Exclusion - Construction Operations in Colorado or New York |
| L342 | (09/16) | Exclusion - Continuous or Progressive Damage |
| L343 | (06/20) | Exclusion - Unmanned Aircraft, Other Than Unmanned Aircraft, Auto or Watercraft (Limited) |
| L369 | (06/20) | Exclusion - Communicable or Infectious Disease |
| L416 | (10/19) | Contractors Extension Endorsement |
| L601 | (11/20) | Amendment of Conditions - Premium Audit |
| L850 | (05/09) | Deductible Liability Insurance (Including Allocated Loss Adjustment Expense) |
| S038 | (04/16) | Amendment of Liquor Liability Exclusion |
| S261 | (07/09) | Exclusion - Asbestos |

The forms and endorsements shown on this Schedule constitute the entire policy at the time of issuance.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

# U.S. TREASURY DEPARTMENT'S
# OFFICE OF FOREIGN ASSETS CONTROL (OFAC)
# ADVISORY NOTICE TO POLICYHOLDERS

## PLEASE READ THIS NOTICE CAREFULLY.

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC.

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of national emergency. OFAC has identified and listed numerous foreign agents, front organizations, terrorists, terrorist organizations and narcotics traffickers as Specially Designated Nationals. This list can be located on the United States Treasury's web site:   http://www.treasury.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments or premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

E915 (07/13)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# SERVICE OF SUIT

Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other Officer specified for that purpose in the Statute, or his/her successor or successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of you or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the below named as the person to whom the said Officer is authorized to mail such process or a true copy thereof.

It is further agreed that service of process in such suit may be made upon Janet Shemanske, or her nominee of the Company at 7233 East Butherus Drive, Scottsdale, Arizona 85260, and that in any suit instituted against the Company upon this policy, it will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.   Nothing herein shall constitute a selection or designation of forum, or a waiver of any of the Company's rights to select a forum or court, including any of the federal courts of the United States. This includes any right to commence an action in or remove or transfer an action to the United States District Court or any other court of competent jurisdiction, as permitted by law.

E906 (12/20)

POLICY NUMBER:  NN1206393

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## MINIMUM EARNED PREMIUM ENDORSEMENT

If this policy is cancelled at your request, there will be a minimum earned premium retained by us of $ _____ or _25_ % of the premium for this insurance, whichever is greater.

Non-payment of premium is considered a request by the first Named Insured for cancellation of this policy.

If a policy fee, inspection fee or expense constant is applicable to this policy, they will be fully earned and no refund will be made.

All other terms and conditions of this policy remain unchanged.

# PRIVACY NOTICE

## W. R. Berkley Corporation
## Notice of Privacy Policies

For additional information about our Privacy Policies and how we collect, use, and share personal information, and to make a consumer request, please see our online Privacy Policy at: https://www.berkley.com/privacy.

If you would like to receive a paper copy of this Notice and/or our Privacy Policies, please contact us at either nic_regulatory@nautilus-ins.com or 480-509-6627.

## Notice of Personal Information Collected
## (Pursuant to the California Consumer Privacy Act (CCPA))

This notice applies only to information received and collected by W. R. Berkley Corporation ("Berkley"), its affiliates and subsidiaries from residents of the state of California.

In this notice, when we refer to "we", "us" or "our", it means Nautilus Insurance Group or one or more other operating units of W. R. Berkley Corporation ("Berkley operating units").

When we refer to "you" and "your" in this notice, we mean a resident of the state of California whose personal information we may collect. More information about W. R. Berkley Corporation and Berkley operating units can be found on https://www.berkley.com/our-business/operating-units.

Below is a table showing the categories of personal information that one or more of the Berkley operating units collect in the course of performing insurance services and how it is used,  Not every Berkley operating unit collects every category of personal information or uses it in all the ways listed below.

[continued on next page]

E919 (01/20)

| Personal Information Category | How it is Used |
|---|---|
| **Identifiers**<br>(such as name, address, social security #, driver's license #, etc.)<br><br>**Other Sensitive Information under California Law**<br>*(Examples: physical description, financial information, medical information, etc.)*<br><br>**Characteristics of protected classifications under California or federal law**<br>*(Examples: race, sex, color, religion, national origin, marital status, etc.)*<br><br>**Biometric information**<br>*(Examples: fingerprints, keystroke patterns, gait patterns, sleep/health data, etc.)*<br><br>**Geolocation Data**<br>*(Information to identify physical location)*<br><br>**Audio, electronic, visual, thermal, olfactory, or similar information.**<br>*(Examples: audio and video recordings)*<br><br>**Professional or employment-related information.**<br>*(Example: job history)*<br><br>**Education information**<br>(information not publicly available as defined under federal law) | To perform insurance services for policyholders/ beneficiaries/claimants; maintain and improve quality of services; security; prevent fraud and improper use; internal research; identify and repair errors; comply with laws and regulations. |
| **Commercial information**<br>*(Examples: records of personal property, products, and services purchased or obtained, etc.)* | To perform insurance services for policyholders/ beneficiaries/claimants; security; prevent fraud and improper use; internal research; collections; comply with laws and regulations. |
| **Internet or other electronic network activity information**<br>*(Examples: browsing/search history, visitor's interaction with a website, etc.)* | To perform insurance services for policyholders/ beneficiaries/claimants; maintain and improve quality of services; security; prevent fraud and improper use; internal research; identify and repair errors; comply with laws and regulations. |
| **Inferences drawn from any of the other categories of information.**<br>(use of any of the above categories to create a profile about a consumer) | To perform insurance services for policyholders/ beneficiaries/claimants; maintain and improve quality of services; security; prevent fraud and improper use; internal research; identify and repair errors; comply with laws and regulations. |

This notice was updated on January 8, 2020

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

POLICY NUMBER: NN1206393
☐ Extension of Declarations is attached.     Effective Date: 02/25/2021   12:01 A.M. Standard Time

## LIMITS OF INSURANCE     ☐ If box is checked, refer to form S132 Amendment of Limits of Insurance.

| | |
|---|---|
| General Aggregate Limit (Other Than Products/Completed Operations) $ | 2,000,000 |
| Products/Completed Operations Aggregate Limit $ | 2,000,000 |
| Personal and Advertising Injury Limit $ | 1,000,000  Any One Person Or Organization |
| Each Occurrence Limit $ | 1,000,000 |
| Damage To Premises Rented To You Limit $ | 100,000  Any One Premises |
| Medical Expense Limit $ | 5,000  Any One Person |

## RETROACTIVE DATE (CG 00 02 ONLY)

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" which occurs
before the Retroactive Date, if any, shown here:     (Enter Date or "NONE" if no Retroactive Date applies)

## BUSINESS DESCRIPTION AND LOCATION OF PREMISES

BUSINESS DESCRIPTION: RESIDENTIAL GENERAL CONTRACTOR AND HOME BUILDER
LOCATION OF ALL PREMISES YOU OWN, RENT, OR OCCUPY: ☒ Location address is same as mailing address.

1    9 MICHAEL LANE, Sterling, MA 01564


Additional locations (if any) will be shown on form S170, Commercial General Liability Coverage Part Declarations
Extension.
LOCATION OF JOB SITE   (If Designated Projects are to be Scheduled):

| CODE # - | CLASSIFICATION | * | PREMIUM BASIS | RATE Prem/Ops | RATE Prod/Comp Ops | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| 91580 - | Contractors - Executive Supervisors or Executive Superintendents | p | 22,000 | 51.517 | Included | 1,133 Included |
| 91583 - | Contractors - subcontracted work - in connection with building construction, reconstruction, repair or erection - one or two family dwellings | c | 285,000 | 0.634 | 5.932 | 181 1,691 |
| 91585 - | Contractors - subcontracted work - in connection with construction, reconstruction, repair or erection of buildings NOC | c | If Any | 0.860 | 6.591 | TBD TBD |
| 90813 - | L416 - Contractors Extension Endorsement | t | 1 | 350.000 | Included | 350 Included |

**\* PREMIUM BASIS SYMBOLS    + = Products/Completed Operations are subject to the General Aggregate Limit**
  a = Area  (per 1,000 sq. ft. of area)      o = Total Operating Expenditures          s = Gross Sales (per $1,000 of Gross Sales)
  c = Total Cost  (per $1,000 of Total Cost)        (per $1,000 Total Operating Expenditures)    t = See Classification
  m = Admissions  (per 1,000 Admissions)    p = Payroll  (per $1,000 of Payroll)      u = Units  (per unit)

PREMIUM FOR THIS COVERAGE PART  $     3,355

## FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere in the policy)

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:
**Refer to Schedule of Forms and Endorsements**

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
S150 (07/09)

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   **b.** This insurance applies to "bodily injury" and "property damage" only if:

      **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

      **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   **e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

© Insurance Services Office, Inc., 2012

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III – Limits Of Insurance**.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section **III – Limits Of Insurance**; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

   This insurance does not apply to:

   a. **Knowing Violation Of Rights Of Another**

      "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

   b. **Material Published With Knowledge Of Falsity**

      "Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

   c. **Material Published Prior To Policy Period**

      "Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

   d. **Criminal Acts**

      "Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

   e. **Contractual Liability**

      "Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

   f. **Breach Of Contract**

      "Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

   g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

      "Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

   h. **Wrong Description Of Prices**

      "Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C – MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© Insurance Services Office, Inc., 2012

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

© Insurance Services Office, Inc., 2012

### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

#### a. Primary Insurance

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

#### b. Excess Insurance

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

#### c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

### 5. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

### 6. Representations

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

© Insurance Services Office, Inc., 2012

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   © Insurance Services Office, Inc., 2012

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

 © Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   **a.** Means:

      **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         **(a)** You;

         **(b)** Others trading under your name; or

         **(c)** A person or organization whose business or assets you have acquired; and

      **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 21 07 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

Copyright, Insurance Services Office, Inc., 2013

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2014

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

  **2. Exclusions**

    This insurance does not apply to:

    **Silica Or Silica-Related Dust**

    **a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

    **b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

    **c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

  **2. Exclusions**

    This insurance does not apply to:

    **Silica Or Silica-Related Dust**

    **a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

    **b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

  **1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

  **2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © ISO Properties, Inc., 2004

COMMERCIAL GENERAL LIABILITY
CG 22 80 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED EXCLUSION – CONTRACTORS –
# PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you, but only with respect to your providing engineering, architectural or surveying services in your capacity as an engineer, architect or surveyor.

Professional services include:

1. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

2. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you with respect to your providing engineering, architectural or surveying services in your capacity as an engineer, architect or surveyor.

This exclusion does not apply to your operations in connection with construction work performed by you or on your behalf.

Copyright, Insurance Services Office, Inc., 2012

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    **(a)** Any "nuclear reactor";

    **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

    **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS (EIFS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is **added** to **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and **Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement of any "exterior insulation and finish system" (commonly referred to as synthetic stucco) or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashing, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

However, this exclusion does not apply to cementitious stucco consisting of portland cement or fiber-reinforced portland cement, sand, lime, color and water.

**B.** The following definition is **added** to the **Definitions** section:

"Exterior insulation and finish system" means a synthetic non-load bearing exterior cladding or finish system including, but not limited to, polymer based (PB) or polymer modified (PM) systems, and all component parts therein, used on any part of any structure, and consisting of:

**1.** A rigid or semi-rigid insulation board made of expanded polystyrene or other materials; and

**2.** The adhesive or mechanical fasteners used to attach the insulation board to the substrate; and

**3.** A reinforced or unreinforced base coat; and

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

All other terms and conditions of this policy remain unchanged.

          Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**COMMERCIAL GENERAL LIABILITY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - INJURY TO EMPLOYEES, CONTRACTORS, VOLUNTEERS AND OTHER WORKERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **e. Employer's Liability** of **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is **replaced** by the following:

This insurance does not apply to:

**e. Injury to Employees, Contractors, Volunteers and Other Workers**

"Bodily injury" to:

**(1)** "Employees", "leased workers", "temporary workers", "volunteer workers", statutory "employees", casual workers, seasonal workers, contractors, subcontractors, or independent contractors of any insured; or

**(2)** Any insured's contractors', subcontractors', or independent contractors' "employees", "leased workers", "temporary workers", "volunteer workers", statutory "employees", casual workers, seasonal workers, contractors, subcontractors, or independent contractors

arising out of and in the course of:

**(a)** Employment by any insured; or

**(b)** Directly or indirectly performing duties related to the conduct of any insured's business; or

**(3)** The spouse, child, parent, brother or sister of that "employee", "leased worker", "temporary worker", "volunteer worker", statutory "employee", casual worker, seasonal worker, contractor, subcontractors, or independent contractor arising out of Paragraph **(1)** or **(2)** above.

This exclusion applies:

**(1)** Regardless of where the:

**(a)** Services are performed; or

**(b)** "Bodily injury" occurs; and

**(2)** Whether any insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** Exclusion **a. Any Insured** of **2. Exclusions** of **Section I - Coverage C - Medical Payments** is **replaced** by the following:

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AMENDMENT OF DEFINITIONS - INSURED CONTRACT
## (Limited Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is **replaced** by the following:

"Insured contract" means any written:

    **a.**  Contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for "property damage" to premises while rented or loaned to you, or temporarily occupied by you with permission of the owner, is not an "insured contract";

    **b.**  Sidetrack agreement;

    **c.**  Easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.**  Obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.**  Elevator maintenance agreement; or

    **f.**  Part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

An "insured contract" does not include that part of any contract or agreement:

    **a.**  That indemnifies any person or organization for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

    **b.**  That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

        **(1)**  Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders, designs, drawings, or specifications; or

        **(2)**  Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

    **c.**  Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **b.(1)** or **b.(2)** above and supervisory, inspection, architectural or engineering activities; or

    **d.**  That indemnifies any person or organization for "bodily injury" or "property damage" arising from the ownership, maintenance, or use of any aircraft.

All other terms and conditions remain unchanged.

**COMMERCIAL GENERAL LIABILITY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following exclusion is **added** to **2. Exclusions** of **Section I:**

This insurance does not apply to punitive or exemplary damages, including but not limited to those damages that may be imposed to punish a wrongdoer or to deter others from engaging in a similar behavior.

All other terms and conditions of this policy remain unchanged.

          Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - TOTAL POLLUTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **f. Pollution** of **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is **replaced** by the following:

This insurance does not apply to:

**f.   Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of any authority, governmental or otherwise, for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants"; or

(c) Requirements by Environmental Protection Agency (EPA) 40 CFR Parts 280 and 281 for underground storage tanks, Comprehensive Environmental Response Compensation and Liability Act (CERCLA) or any similar State or Federal environmental act(s).

**B.** The definition of "Pollutants" in the **Definitions** section is **replaced** by the following:

"Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes, but is not limited to, materials to be recycled, reconditioned or reclaimed.

All other terms and conditions of this policy remain unchanged.

**COMMERCIAL GENERAL LIABILITY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# TOTAL EXCLUSION - SUBSIDENCE OR MOVEMENT OF SOIL, LAND, BEDROCK OR EARTH

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is **added** to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Coverage B  - Personal And Advertising Injury Liability** and **Coverage C - Medical Payments**:

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or medical payments directly or indirectly arising out of, resulting from, contributed to, aggravated or concurrently caused by "subsidence or movement of soil, land, bedrock or earth", whether natural, manmade or otherwise.

We have no duty to defend any insured against any loss, claim, "suit", or other proceeding alleging damages arising out of or related to "bodily injury", "property damage", "personal and advertising injury" or medical payments to which this exclusion applies.

**B.** For the purpose of this endorsement, the following is **added** to the **Definitions** section:

"Subsidence or movement of soil, land, bedrock or earth" includes, but is not limited to settling, bulging, shaking, sinking, slipping, shifting, eroding, rising, tilting, expanding, contracting, shrinking, instability, falling away, caving in, landslide, mudflow, flood, sinkhole, earthquake, volcano, or avalanche.

All other terms and conditions of this policy remain unchanged.

          Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - TOXIC METALS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is **added** to **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Coverage B - Personal And Advertising Injury** and **Coverage C - Medical Payments**:

This insurance does not apply to:

1. "Bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of direct or indirect contact with, any exposure to, or the ingestion, inhalation, or absorption of any "toxic metals" in any form; or

2. Any loss, cost, or expense arising out of any:

    **a.** Request, demand, order, or requirement by or on behalf of any authority, governmental or otherwise, that any insured or others abate, test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of any "toxic metals"; or

    **b.** Claim or "suit" by or on behalf of any authority, governmental or otherwise, for damages because of abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of any "toxic metals".

We will have no duty to investigate, defend or indemnify any insured in any action or proceeding alleging damages arising out of direct or indirect contact with, any exposure to, or the ingestion, inhalation, or absorption of any "toxic metals" in any form.

**B.** For the purpose of this endorsement, the following definitions are **added** to the **Definitions** section:

1. "Toxic metals" are individual metals and metal compounds that negatively affect people's health.  "Toxic metals" include, but are not limited to, arsenic, beryllium, "heavy metals", or hexavalent chromium.

2. "Heavy metals" are a group of elements between copper and bismuth on the periodic table of the elements having specific gravities greater than 4.0.  "Heavy metals" include, but are not limited to, cadmium, cobalt, copper, lead, manganese, mercury, molybdenum, strontium, vanadium, or zinc.

All other terms and conditions of this policy remain unchanged.

       Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - MICROORGANISMS, BIOLOGICAL ORGANISMS, BIOAEROSOLS OR ORGANIC CONTAMINANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusions are **added** to **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Coverage B - Personal And Advertising Injury Liability** and **Coverage C - Medical Payments**:

This insurance does not apply to:

1. "Bodily injury", "property damage", "personal and advertising injury", or medical payments arising out of, related to, caused by or in any way connected with the exposure to, presence of, formation of, existence of or actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of any microorganisms, biological organisms, bioaerosols or organic contaminants including, but not limited to, mold, mildew, fungus, spores, yeast or other toxins, mycotoxins, allergens, infectious agents, wet or dry rot or rust, or any materials containing them at any time, regardless of the cause of growth, proliferation or secretion.

2. Any loss, cost or expense arising out of any:

    a. Request, demand, order, or requirement by or on behalf of any authority, governmental or otherwise, that any insured or others abate, test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, remediate or dispose of, or in any way respond to, or assess the effects of microorganisms, biological organisms, bioaerosols or organic contaminants including, but not limited to, mold, mildew, fungus, spores, yeast, or other toxins, mycotoxins, allergens, infectious agents, wet or dry rot or rust, or any materials containing them at any time, regardless of the cause of growth, proliferation or secretion; or

    b. Claim or "suit" by or on behalf of any authority, governmental or otherwise, for damages because of abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of microorganisms, biological organisms, bioaerosols or organic contaminants including, but not limited to, mold, mildew, fungus, spores, yeast, or other toxins, mycotoxins, allergens, infectious agents, wet or dry rot or rust, or any materials containing them at any time, regardless of the cause of growth, proliferation or secretion.

We shall have no duty to investigate, defend, or indemnify any insured in any action or proceeding alleging damages arising out of direct or indirect contact with, any exposure to, or the ingestion, inhalation or absorption of any microorganisms, biological organisms, bioaerosols, or organic contaminants including, but not limited to, mold, mildew, fungus, spores, yeast or other toxins, mycotoxins, allergens, infectious agents, wet or dry rot or rust, or any materials containing them at any time, regardless of the cause of growth, proliferation or secretion.

This exclusion does not apply to any fungi, bacteria, microorganisms or biological organisms that are, are on, or are contained in, a good or product intended for bodily consumption.

All other terms and conditions of this policy remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COVERAGE LIMITATION AND EXCLUSION – RESIDENTIAL CONSTRUCTION OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is **added** to **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**, **Coverage B - Personal And Advertising Injury Liability** and **Coverage C - Medical Payments**:

This insurance does not apply to:

**1.** "Bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of, resulting from, related to, or in any way connected with, either directly or indirectly, your ongoing operations, "your product", or "your work" performed by or on behalf of any insured, either prior to or during the policy period, that is incorporated into or performed at any of the following construction projects:

    **a.** Any new townhouse or residential condominium project where the total number of individual residential units is greater than twenty-five (25), regardless of the number of buildings, developments, phases or associations;

    **b.** Any new residential housing project (also known as a Planned Unit Development (PUD) or tract housing), where the total number of "residential housing units" is greater than twenty-five (25), regardless of the number of buildings, developments, phases or associations; or

    **c.** Any conversion of apartments to condominiums or townhouses, regardless of the number of buildings, developments, phases or associations.

**2.** Costs and expenses to investigate or defend any claim, "suit" or payment of any fine or penalty related to any of the operations in **A.1.** above.

However, this exclusion does not apply to "your work" or "your product" performed by or on behalf of any insured that is incorporated into **A.1.a.**, **A.1.b.**, or **A.1.c.** after the issuance of the notice of completion or certificate of occupancy, whichever comes first, unless such work performed is to repair or replace "your work" or "your product" performed by or on behalf of any insured, that was incorporated into **A.1.a.**, **A.1.b.**, or **A.1.c.** prior to the issuance of the notice of completion or certificate of occupancy.

**B.** The following definition is **added** to the **Definitions** section:

"Residential housing units" means detached single family or multiple family dwellings, duplexes, triplexes, dormitories or any other housing or dwelling built or used, in whole or in part, for the purpose of residential occupancy.  For the purpose of this endorsement, each duplex will be considered two residential housing units, each triplex will be considered three residential housing units, and so forth.  "Residential housing units" does not mean apartments.

All other terms and conditions remain unchanged.

    Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CONDITIONAL EXCLUSION - WEATHER-RELATED PROPERTY DAMAGE
## (ROOFING OPERATIONS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is **added** to **Section IV - Commercial General Liability Conditions:**

Coverage only applies to liability arising out of work performed by or on behalf of any insured when:

**1.** "Appropriate" steps are taken to determine any approaching adverse weather; and

**2.** "Appropriate" steps are taken to provide a temporary cover for an "open roof" which is reasonably able to withstand the influx of rain, snow, sleet, hail, ice, wind or any other weather-related condition; and

**3.** The temporary cover is properly secured to prevent "property damage" caused by the influx of rain, snow, sleet, hail, ice, wind or any other weather-related condition.

**B.** The following exclusion is **added** to **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to "property damage" for roofing operations conducted by or on behalf of any insured if:

**1.** "Appropriate" steps have not been taken to determine any approaching adverse weather; and

**2.** "Appropriate" steps have not been taken to provide a temporary cover for an "open roof" which is reasonably able to withstand the influx of rain, snow, sleet, hail, ice, wind or any other weather-related condition; and

**3.** The temporary cover was not properly secured to prevent "property damage" caused by the influx of rain, snow, sleet, hail, ice, wind or any other weather-related condition.

**C.** The following definitions are **added** to the **Definitions** section:

"Appropriate" means industry accepted practices used by contractors to protect or prevent "property damage" under similar circumstances.

"Open roof" means any roof or section where the protective covering (shingles, tar, felt paper, etc.) has been removed leaving the underlying materials, structure, shell, or structure interior exposed.

All other terms and conditions of this policy remain unchanged.

POLICY NUMBER: NN1206393                                    **COMMERCIAL GENERAL LIABILITY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL CONDITIONS AND EXCLUSIONS - CONTRACTORS SUBCONTRACTED WORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The Contractors - Subcontracted Work classification(s) shown in the Declarations applies to that portion of the operations performed for you by your "adequately insured" contractors or "adequately insured" subcontractors.

**B.** The following is **added** to **Section IV - Commercial General Liability Conditions:**

    **1.** You will obtain and maintain Certificates of Insurance from all "adequately insured" contractors or "adequately insured" subcontractors you hire providing evidence of Commercial General Liability insurance, including products/completed operations insurance.

    Your failure to obtain the certificates of insurance from "adequately insured" contractors or "adequately insured" subcontractors will not invalidate the insurance provided by this policy or relieve us of our obligation to you under the terms of this policy except as stated in **5. Premium Audit** of **Section IV - Commercial General Liability Conditions.**

    **2.** If, at any time, it is verified that operations were performed during the policy term by contractors or subcontractors that were not "adequately insured", such contractors or subcontractors will be classified and rated under the specific classification assignable to contracting risks performing such operations in accordance with paragraph **C.** below.

**C.** The following is **added** to **5. Premium Audit** of **Section IV - Commercial General Liability Conditions:**

    If we verify operations were performed by contractors or subcontractors you hired were not "adequately insured" as defined in paragraph **D.1.** of this endorsement whether by audit of your books and records or otherwise, we will use the "total cost" of work performed for you by such contractors or subcontractors as if it were payroll to calculate the appropriate premium for the specific classification based on our rates and rules in effect as of the inception date of the policy.  It is your responsibility to pay any additional premium due.

**D.** The following definitions are **added** to the **Definitions** section:

    **1.** "Adequately insured" means that the contractors and subcontractors that perform operations for you maintain Commercial General Liability insurance in force with the following minimum limits of insurance for their operations, including operations performed for them by others:

| | |
|---|---|
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |

    (If no entry appears above, the minimum limits of insurance will be equal to the limits of insurance shown in the Declarations.)

    **2.** "Total cost" means the total cost of all work let or sublet in connection with each specific project including:

        **a.** The cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work including the cost of finished equipment installed whether or not furnished by the contractor, subcontractor, or by you; and

        **b.** All fees, bonuses or commissions made, paid or due.

All other terms and conditions of this policy remain unchanged.

**COMMERCIAL GENERAL LIABILITY**

THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

# CHANGES - CIVIL UNION OR DOMESTIC PARTNERSHIP

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART


All references to spouse shall include an individual who is a party to a civil union or is in a domestic partnership recognized under state law, where applicable.




All other terms and conditions remain unchanged.

POLICY NUMBER: NN1206393                    **COMMERCIAL GENERAL LIABILITY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - YOUR WORK COMPLETED PRIOR TO SPECIFIED DATE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Date:** 02/25/2021

A.  The following exclusion is **added** to **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**:

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" that was completed by or on behalf of any insured prior to the date shown in the Schedule.

B.  We will have no duty to defend any insured against any loss, claim, "suit" or other proceeding seeking damages for "bodily injury" or "property damage" arising out of "your work" that was completed by or on behalf of any insured prior to the date shown in the Schedule.

All other terms and conditions of this policy remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ALL OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is **added** to **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**:

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at any location when a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

1.  Provides coverage identical to that provided by this Coverage Part;
2.  Has limits adequate to cover all claims; or
3.  Remains in effect.

All other terms and conditions of this policy remain unchanged.

          Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - TAINTED DRYWALL MATERIAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is **added** to **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Coverage B - Personal And Advertising Injury Liability** and **Coverage C - Medical Payments**:

This insurance does not apply to:

**1.** Any liability, loss, injury or damages of any kind, including "reduction in value", costs or expenses, actually or allegedly arising out of, related to, resulting from, caused by, contributed to, or in any other way connected with the actual or alleged manufacture, creation, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, release, abatement, replacement or handling of, exposure to, ingestion of, testing for or failure to test for, or failure to warn, advise of, or disclose the presence of "tainted drywall material", whether or not the "tainted drywall material" is or was at any time or in any form airborne, contained in a product, or a component part of a product, carried on clothing or other items, inhaled, ingested, absorbed, transmitted in any fashion, or found in any form whatsoever.

**2.** Any liability, loss, cost or expense including, but not limited to, payment for investigation or defense, fines, penalties, interest or other costs or expenses, arising out of or related to any:

  **a.** Clean up or removal of "tainted drywall material" or products or materials containing "tainted drywall material";

  **b.** Actions necessary to monitor, assess, or evaluate the actual, alleged or threatened release of "tainted drywall material" or products or material containing "tainted drywall material";

  **c.** Disposal of actual or alleged "tainted drywall material" or the taking of action necessary to prevent, minimize, or mitigate damage to the public health or welfare or to the environment, which may otherwise result;

  **d.** Compliance with any law or regulation regarding "tainted drywall material";

  **e.** Existence, storage, handling, or transportation of "tainted drywall material"; or

  **f.** Supervision, instructions, recommendations, warranties (express or implied), warnings, or advice given or which should have been given with respect to "tainted drywall material".

**3.** Any obligation to share damages with or repay someone else in connection with Paragraphs **1.** or **2.** of this exclusion.

We will have no duty to investigate, defend, or indemnify any insured against any loss, claim, "suit", demand, fine, or other proceeding alleging injury or damages of any kind including, but not limited to "bodily injury", "property damage", "personal and advertising injury", medical payments, "reduction in value", or cost or expense to which this endorsement applies.

**B.** The following definitions are **added** to the **Definitions** section:

**1.** "Tainted drywall material" means any:

  **a.** Drywall, plasterboard, sheetrock, or gypsum board; or

    **b.**  Material used in the manufacture of drywall, plasterboard, sheetrock, or gypsum board which:

        **(1)**  Produces sulfuric odors, sulfuric gas, or sulfuric acid;

        **(2)**  Causes or contributes to the corrosion or oxidation of metal, including but not limited to metal in pipes, wiring, heating, ventilation, or air conditioning systems;

        **(3)**  Contains synthetic gypsum, fly ash or any other material derived from coal-fired power plants; or

        **(4)**  Contains arsenic or any radioactive compounds.

**2.**  "Reduction in value" means the actual or alleged diminution in value, impairment, devaluation, or loss of use of tangible property, whether or not physically injured.

All other terms and conditions of this policy remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – CONSTRUCTION OPERATIONS
# IN COLORADO OR NEW YORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is **added** to **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Coverage B - Personal And Advertising Injury Liability** and **Coverage C - Medical Payments:**

This insurance does not apply to:

**1.** "Bodily injury", "property damage", "personal and advertising injury", or medical payments arising out of any ongoing "construction operations" or "your work" included in the "products-completed operations hazard" performed by or on behalf of any insured in the State of Colorado or the State of New York.

**2.** Costs and expenses to investigate or defend any claim or "suit" or payment of any fine or penalty for paragraph **A.1.** above.

**B.** With regard to paragraph **A.** above, exclusion **b. Contractual Liability** of **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is **replaced** by the following:

This insurance does not apply to:

**b. Contractual**

**(1)** "Bodily injury", "property damage", "personal and advertising injury", and medical payments for which any insured may be obligated to pay damages by reason of the assumption of liability in any contract or agreement, regardless of whether such contract or agreement is an "insured contract"; or

**(2)** Any obligation to share damages with or repay someone else who must pay damages.

**C.** The following definitions are **added** to the **Definitions** section:

**1.** "Construction" means the act of building by putting together materials and parts to create a structure including, but not limited to, building the foundations, framework, floors, walls, ceilings, trusses or roof, or debris removal.

**2.** "Construction operations" means, with respect to real property, surveying, site preparation, grading of land, excavation, debris removal, soil compaction, tree clearing, demolition, reconstruction, renovation, alteration, remodeling, repair, service, improvement and any other "pre-construction" and any other "construction" and any other "post-construction".

**3.** "Post-construction" means those activities that occur after the issuance of the notice of completion or certificate of occupancy, whichever comes first.

**4.** "Pre-construction" means those activities that must occur prior to the actual start of the "construction" process including, but not limited to, grading of land, inspection, land surveying, site preparation, soil compaction, tree clearing, or installation of driveways, parking areas, roads, sidewalks, and utilities.

All others terms and conditions remain unchanged.

**COMMERCIAL GENERAL LIABILITY**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – CONTINUOUS OR PROGRESSIVE DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is **added** to **2. Exclusions** of **Coverage A - Bodily Injury And Property Damage Liability:**

1.  This insurance does not apply to "property damage":

    a.  That first occurs, or is alleged to first occur, prior to the effective date of this policy; or

    b.  That first occurs, or is alleged to first occur, prior to the effective date of this policy and continue during this policy period.

2.  We will have no duty to defend any insured against any loss, claim, "suit" or other proceeding seeking damages for "property damage" to which this endorsement applies.

All other terms and conditions remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – UNMANNED AIRCRAFT, OTHER THAN UNMANNED AIRCRAFT, AUTO OR WATERCRAFT (Limited)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion **g. Aircraft, Auto Or Watercraft** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** is **replaced** by the following:

   **2. Exclusions**

      This insurance does not apply to:

      **g. Aircraft, Auto Or Watercraft**

        **(1) Unmanned Aircraft**

          "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

          This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

        **(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

          "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft:

          **(a)** Owned or operated by or rented or loaned to any insured; or

          **(b)** Owned or operated by or rented or loaned to any person employed, contracted or sub-contracted by you, or by others on your behalf.

          Use includes operation and "loading or unloading".

          This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is:

          **(a)** Owned or operated by or rented or loaned to any insured; or

          **(b)** Owned or operated by or rented or loaned to any person employed, contracted or sub-contracted by you, or by others on your behalf.

          This Paragraph **g.(2)** does not apply to:

          **(a)** A watercraft while ashore on premises you own or rent; or

          **(b)** "Bodily injury" or "property damage" arising out of:

    **(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

    **(ii)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment" as follows:

        **(aa)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

        **(bb)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**B.** The following exclusion is **added** to Paragraph **2. Exclusions of Coverage B – Personal And Advertising Injury Liability**:

    **2. Exclusions**

    This insurance does not apply to:

    **Unmanned Aircraft**

    "Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

    This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

    This exclusion does not apply to:

    **a.** The use of another's advertising idea in your "advertisement"; or

    **b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is **added** to the **Definitions** section:

    "Unmanned aircraft" means an aircraft that is not:

    **1.** Designed;

    **2.** Manufactured; or

    **3.** Modified after manufacture;

    to be controlled directly by a person from within or on the aircraft.

All other terms and conditions remain unchanged.

**COMMERCIAL GENERAL LIABILITY**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - COMMUNICABLE OR INFECTIOUS DISEASE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is **added** to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Coverage B - Personal And Advertising Injury Liability,** and **Coverage C - Medical Payments**:

**1.** This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of any actual or alleged transmission of or exposure to a "communicable or infectious disease".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a "communicable or infectious disease";

**b.** Testing for a "communicable or infectious disease";

**c.** Failure to suppress or prevent the spread of the "communicable or infectious disease"; or

**d.** Failure to report the "communicable or infectious disease" to authorities.

**2.** This exclusion also applies to any loss, cost or expense arising out of any:

**a.** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of any "communicable or infectious disease"; or

**b.** Claim or "suit" by or on behalf of any authority, governmental or otherwise, for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of any "communicable or infectious disease".

**3.** We will have no duty to defend or indemnify any insured in any action or proceeding alleging damages arising out of any "communicable or infectious disease".

**B.** For the purposes of this endorsement the following definition is **added** to the **Definitions** Section:

"Communicable or infectious disease" means any disease, illness or condition contracted through direct or indirect contact with or exposure to any form of pathogens such as, but not limited to, bacterium, fungus, marker, microbial agent, microorganism, organism, protozoa, virus or any other source that induces or is capable of inducing the disease, illness or condition.

All other terms and conditions remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CONTRACTORS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SUMMARY OF COVERAGE

No coverage is provided by the below Summary of Coverage; refer
to the following pages of this endorsement for changes in your policy.

| | |
|---|---|
| Exclusion – Total Pollution with Hostile Fire Exception | Included |
| Limited Property Damage Extension (Care, Custody or Control (CCC)) | $5,000 Per Occurrence / $10,000 Aggregate |
| Lost Key Coverage | $10,000 Per Occurrence / $25,000 Aggregate |
| Property Damage Liability - Elevators | Included |
| Supplementary Payments:<br><br>• Cost of Bail Bonds<br><br>• Loss of Earnings | Up to $2,500<br>Up to $500 per day |
| Additional Insureds:<br><br>• Automatic Status When Required in a Written Contract or Agreement (Ongoing Operations)<br><br>• Lessor of Leased Equipment -- Automatic Status When Required in a Written Lease Agreement with You<br><br>• Managers or Lessors of Premises – Automatic Status When Required in a Written Contract or Agreement<br><br>• Mortgagee, Assignee or Receiver – Automatic Status When Required in a Written Contract or Agreement | Included |
| Limits of Insurance:<br><br>• Damage to Premises Rented to You<br><br>• Medical Expense | $300,000 Any One Premises (Unless Excluded)<br>$10,000 Any One Person (Unless Excluded) |
| Construction Project General Aggregate Limit When Required By Contract And Maximum Per Policy General Aggregate Limit | $5,000,000 |
| Primary and Non-Contributory – Other Insurance - When Required in a Written Contract or Agreement | Included |
| Waiver of Transfer of Rights of Recovery – Automatic Status When Required in a Written Contract or Agreement | Included |
| Liberalization | Included |

## A. EXCLUSION – TOTAL POLLUTION WITH HOSTILE FIRE EXCEPTION

1. Exclusion **f. Pollution** of **2. Exclusions** of **Section I – Coverage A – Bodily Injury and Property Damage Liability** is **replaced** by the following:

   This insurance does not apply to:

   **f. Pollution**

   **(1)** "Bodily injury" or "property damage" which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

   However, this exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

   **(a)** At or from any premises, site or location which is or was at any time used by or for, owned or occupied by, or rented or loaned to any insured or others for the handling, storage, disposal, processing or treatment of "pollutants" or waste; or

   **(b)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor.

   **(2)** Any loss, cost or expense arising out of any:

   **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   **(b)** Claim or "suit" by or on behalf of any authority, governmental or otherwise, for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants"; or

   **(c)** Requirements by Environmental Protection Agency (EPA) 40 CFR Parts 280 and 281 for underground storage tanks, Comprehensive Environmental Response Compensation and Liability Act (CERCLA) or any similar State or Federal environmental act(s).

2. The definition of "pollutants" in **Section V - Definitions** is **replaced** by the following:

   "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes, but is not limited to, materials to be recycled, reconditioned or reclaimed.

## B. LIMITED PROPERTY DAMAGE EXTENSION

1. For the purpose of this **Limited Property Damage Extension** only, paragraphs **(4)** and **(5)** of **j. Damage to Property** in **Section 2. Exclusions** of **Section I – Coverage A – Bodily Injury and Property Damage Liability** do not apply.

2. Subject to Paragraphs **2.**, **3.**, and **5.** of **Section III – Limits of Insurance**, the most we will pay for insurance provided by paragraph **B.1.** above is $5,000 each "occurrence" subject to $10,000 aggregate.

   This each occurrence limit applies to all damages as a result of any one "occurrence" regardless of the number of persons or organizations who sustain damage because of the "occurrence".

   This aggregate limit is the most we will pay for the sum of all damages under paragraph **B.**

## C. LOST KEY COVERAGE

1. The following is **added** to **2. Exclusions**, Paragraphs **(3)** and **(4)** of **j. Damage to Property** of **Section I – Coverage A – Bodily Injury and Property Damage Liability:**

   This exclusion does not apply to "property damage" arising out of the loss, damage or mysterious disappearance of keys entrusted to or in the possession, care, custody or control of you or your "employees", subject to the following provisions:

    **a.** The amount we will pay for all damages because of loss to which this endorsement applies shall be limited to the actual cost of keys, adjustment of locks to accept new keys or, if required, new locks including cost of their installation.

    **b.** This insurance does not apply to "property damage" caused by misappropriation, secretion, conversion, infidelity or any act of dishonesty on the part of any insured, "employee" or agent.

**2.** Subject to Paragraphs **2.**, **3.**, and **5.** of **Section III – Limits of Insurance**, the most we will pay for insurance provided by paragraph **C.1.** above is $10,000 each "occurrence" subject to $25,000 aggregate.

This each occurrence limit applies to all damages as a result of any one "occurrence" regardless of the number of persons or organizations who sustain damage because of the "occurrence".

This aggregate limit is the most we will pay for the sum of all damages under paragraph **C.**

## D. PROPERTY DAMAGE LIABILITY - ELEVATORS

The following is **added** to **2. Exclusions**, Paragraphs **(3)**, **(4)** and **(6)** of **j. Damage to Property** of **Section I – Coverage A – Bodily Injury and Property Damage Liability:**

This exclusion does not apply to "property damage" resulting from the use of elevators. However, any coverage provided for a loss because of "property damage" resulting from the use of elevators is excess over any valid and collectible property insurance (including deductible) available to the insured, whether primary, excess, contingent or on any other basis.

## E. SUPPLEMENTARY PAYMENTS – INCREASED LIMITS – BAIL BONDS AND LOSS OF EARNINGS

**1.** Paragraph **1.b.** of **Section I – Supplementary Payments – Coverages A and B** is **replaced** by the following:

    **b.** Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**2.** Paragraph **1.d.** of **Section I – Supplementary Payments – Coverages A and B** is **replaced** by the following:

    **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

## F. ADDITIONAL INSUREDS

**1.** ADDITIONAL INSURED – AUTOMATIC STATUS WHEN REQUIRED IN A WRITTEN CONTRACT OR AGREEMENT (ONGOING OPERATIONS)

    **a.** **Section II - Who Is An Insured** is **amended** to include as an additional insured any person or organization when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy.

    Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

    **(1)** Your acts or omissions; or

    **(2)** The acts or omissions of those acting on your behalf;

    in the performance of your ongoing operations for the additional insured, but only for "occurrences" or coverages not otherwise excluded in the Coverage Part to which this endorsement applies.

    However, the insurance afforded to such additional insured:

    **(1)** Only applies to the extent permitted by law; and

    **(2)** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**b.** Status as an additional insured for the person or organization to which this endorsement applies:

   **(1)** Commences during the policy period and after such written contract or agreement has been executed; and

   **(2)** Ends when:

   **(a)** Your ongoing operations for that additional insured are completed;

   **(b)** The contractor's contract or agreement is terminated; or

   **(c)** Your policy cancels or expires;

   whichever occurs first.

**c.** With respect to the insurance afforded to the additional insured, the following exclusions apply:

   This insurance does not apply to:

   **(1)** "Bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

   **(a)** The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Supervisory, inspection, architectural or engineering activities.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional architectural, engineering, or surveying services.

   **(2)** "Bodily injury" or "property damage" occurring after:

   **(a)** All work, including materials, parts, or equipment furnished in connection with such work, on the project (other than service, maintenance, or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **(b)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**d.** With respect to the insurance afforded to the additional insured, the following is **added to Section III – Limits of Insurance**:

   The most we will pay on behalf of the additional insured is the amount of insurance:

   **(1)** Required by the contract or agreement you have entered into with the additional insured; or

   **(2)** Available under the applicable limits of insurance;

   whichever is less.

   This endorsement shall not increase the applicable limits of insurance.

**2. ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT – AUTOMATIC STATUS WHEN REQUIRED IN A WRITTEN LEASE AGREEMENT WITH YOU**

**a.** **Section II – Who Is An Insured** is **amended** to include as an additional insured any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

   However, the insurance afforded to such additional insured:

(1) Only applies to the extent permitted by law; and

(2) Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**b.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**c.** With respect to the insurance afforded to these additional insureds, the following is **added to Section III – Limits of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

(1) Required by the contract or agreement you have entered into with the additional insured; or

(2) Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

**3. ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES – AUTOMATIC STATUS WHEN REQUIRED IN A WRITTEN CONTRACT OR AGREEMENT**

**a.** **Section II – Who Is An Insured** is **amended** to include as an additional insured any person(s) or organization(s) with whom you have agreed in writing in a contract or agreement that such person(s) or organization(s) be added, executed prior to loss, as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by you or those acting on your behalf in connection with the ownership, maintenance or use of that part of the premises leased to you, subject to the following additional exclusions:

This insurance does not apply to:

(1) Any "occurrence" which takes place after you cease to be a tenant in that premises.

(2) Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

However:

(1) The insurance afforded to such additional insured only applies to the extent permitted by law; and

(2) If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**b.** With respect to the insurance afforded to these additional insureds, the following is **added to Section III – Limits of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

(1) Required by the contract or agreement; or

(2) Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

**4. ADDITIONAL INSURED – MORTGAGEE, ASSIGNEE, OR RECEIVER – AUTOMATIC STATUS WHEN REQUIRED IN A WRITTEN CONTRACT OR AGREEMENT**

**a.** **Section II – Who is An Insured** is **amended** to include as an additional insured any person(s) or organization(s) with whom you have agreed in writing in a contract or agreement that such person(s) or organization(s) be added, executed prior to loss, as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance or use of the premises by you.

However:

    **(1)** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **(2)** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

  **b.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for such person(s) or organization(s).

  **c.** With respect to the insurance afforded to these additional insureds, the following is **added** to **Section III – Limits of Insurance**:

    If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

    **(1)** Required by the contract or agreement; or

    **(2)** Available under the applicable limits of insurance;

    whichever is less.

    This endorsement shall not increase the applicable limits of insurance.

**G. LIMITS OF INSURANCE – DAMAGE TO PREMISES RENTED TO YOU AND MEDICAL EXPENSE**

Paragraphs **6.** and **7.** of **Section III – Limits of Insurance** are **replaced** by the following:

  **6.** Subject to Paragraph **5.** above, the Damage to Premises Rented To You Limit, if not otherwise excluded, is the higher of:

    **a.** $300,000; or

    **b.** The amount shown in the Declarations as the Damage to Premises Rented To You Limit.

    Whether **a.** or **b.** above applies, it is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

  **7.** Subject to Paragraph **5.** above, the Medical Expense Limit, if not otherwise excluded, is the higher of:

    **a.** $10,000; or

    **b.** The amount shown in the Declarations as the Medical Expense Limit.

    Whether **a.** or **b.** above applies, it is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

**H. CONSTRUCTION PROJECT GENERAL AGGREGATE LIMIT WHEN REQUIRED BY CONTRACT AND MAXIMUM PER POLICY GENERAL AGGREGATE LIMIT**

  **1.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under **Section I - Coverage A - Bodily Injury And Property Damage Liability**, and for all medical expenses caused by accidents under **Section I - Coverage C - Medical Payments**, which can be attributed only to ongoing operations at a single construction project:

    **a.** A separate Construction Project General Aggregate Limit applies to each construction project when required in a written construction contract or agreement, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

    **b.** The Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under **Coverage A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under **Coverage C** regardless of the number of:

      **(1)** Insureds;

      **(2)** Claims made or "suits" brought; or

      **(3)** Persons or organizations making claims or bringing "suits".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

c. Any payments made under **Coverage A** for damages or under **Coverage C** for medical expenses shall reduce the Construction Project General Aggregate Limit for that construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Construction Project General Aggregate Limit for any other construction project.

d. The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Construction Project General Aggregate Limit.

e. A Maximum Per Policy General Aggregate Limit of $5,000,000 is the most we will pay for the sum of all Construction Project General Aggregate Limits and the General Aggregate Limit shown in the Declarations regardless of the number of:

   (1) Insureds;

   (2) Claims made or "suits" brought;

   (3) Persons or organizations making claims or bringing "suits"; or

   (4) Construction projects.

2. For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under **Section I - Coverage A - Bodily Injury And Property Damage Liability**, and for all medical expenses caused by accidents under **Section I - Coverage C - Medical Payments**, which cannot be attributed only to ongoing operations at a single construction project:

   a. Any payments made under **Coverage A** for damages or under **Coverage C** for medical expenses shall reduce the amount available under the General Aggregate Limit shown in the Declarations or the Products-Completed Operations Aggregate Limit shown in the Declarations, whichever is applicable; and

   b. Such payments shall not reduce any Construction Project General Aggregate Limit.

3. When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit shown in the Declarations, and not reduce the General Aggregate Limit shown in the Declarations nor the Construction Project General Aggregate Limit.

4. If the applicable construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications, or timetables, the project will still be deemed to be the same construction project.

5. The provisions of **Section III - Limits Of Insurance** not otherwise modified by this endorsement shall continue to apply as stipulated.

**I. PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE – WHEN REQUIRED IN A WRITTEN CONTRACT OR AGREEMENT**

The following is **added** to the **Other Insurance** Condition of **Section IV – Commercial General Liability Conditions:**

**Primary and Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

1. The additional insured is a Named Insured under such other insurance; and

2. You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

**J. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US – AUTOMATIC STATUS WHEN REQUIRED IN A WRITTEN CONTRACT OR AGREEMENT**

The following is **added** to **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Commercial General Liability Conditions:**

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage caused, in whole or in part, by your acts or omissions, or the acts or omissions of those acting on your behalf in the performance of your ongoing operations or "your work" done under a written contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only when you and that person or organization have agreed to such waiver in writing in a contract or agreement.

## K.  LIBERALIZATION

The following provision is **added** to **Section IV – Commercial General Liability Conditions**:

If a revision to this endorsement, which would provide more coverage without additional premium becomes effective during the policy period in the state designated for the first Named Insured shown in the Declarations, your policy will automatically provide the broadened coverage as of the effective date of the revision.

All other terms and conditions remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

POLICY NUMBER: NN1206393

**COMMERCIAL GENERAL LIABILITY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AMENDMENT OF CONDITIONS - PREMIUM AUDIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** The Premium Audit Condition under **Section IV - Conditions** is **replaced** by the following:

**Premium Audit**

**1.** We will compute all premiums for this Coverage Part in accordance with our rules and rates. Premium shown in this Coverage Part as advance premium is a minimum and deposit premium.

The rates for each classification shown in the Declarations are multiplied by the estimated premium bases of that classification for the term to determine the advance premium.

We may conduct an audit of your books to determine the actual premium bases developed during the policy period.  To calculate the actual premium developed during the policy period we will use one, or a combination, of the following premium bases: payroll, admissions, gross sales, total cost or each exposure unit.

**2.** If we determine, whether by audit of your books and records or otherwise, that you are conducting operations not scheduled on this policy, we may add the appropriate classifications and compute the rates and premiums in accordance with our rules and rates in effect on the inception date of this policy, unless coverage has been restricted to "designated operations".

**3. Premium Bases.**

The premium bases are defined in accordance with our rules and the following additional definitions:

**a. Payroll** (premium basis symbol **p**):  Remuneration paid to "employees", "casual laborers", "temporary workers", day laborers, statutory workers, seasonal workers or "leased workers", including but not limited to:

**(1)** Money or substitutes for money; commissions; bonuses; overtime; payments to statutory insurance or pension plans; profit sharing or incentive plans; pay for holidays, vacation or sickness; and fees paid to employment agencies for temporary personnel provided to you.

**(2)** If your operations consist of a number of separate operations classified individually in the Declarations, the payroll will be allocated to each classification where you have maintained records for each separate operation.  Any such operation for which separate records are **not** maintained by you will be assigned to the highest rated classification.

**(3)** For premium computation purposes, the payroll of executive officers, individual insureds and co-partners is subject to a minimum annual payroll per person of:

| $ |
|---|

(If no entry is made, the minimum payroll as established by our rating rules will apply.)

The rates apply per $1,000 of Payroll.

**b. Admissions** (premium basis symbol **m**): The total number of persons, other than your "employees", admitted to the insured event or to events conducted on the premises whether on paid admissions, tickets, complimentary tickets or passes.

The rates apply per 1,000 Admissions.

    **c.** **Gross Sales** (premium basis symbol **s**):  The gross amount charged by you, your concessionaires or by others trading under your name for:

        **(1)** All goods or products, sold or distributed;

        **(2)** Operations performed during the policy period; and

        **(3)** Rentals; or

        **(4)** Dues or fees.

        The rates apply per $1,000 of Gross Sales.

    **d.** **"Total Cost"** (premium basis symbol **c**) means the total cost of all work let or sublet in connection with each specific project including:

        **(1)** The cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work including the cost of finished equipment installed whether or not furnished by the contractor, or subcontractor, or by you; and

        **(2)** All fees, bonuses or commissions made, paid or due.

        The rates apply per $1,000 of Total Cost.

    **e.** **Each** (premium basis symbol **t**):  This basis of premium involves units of exposure, and the quantity comprising each unit of exposure is indicated in the Declarations, such as "per person".

        The rates apply per each unit of exposure.

**4.** The first Named Insured, or their authorized representative, must keep accurate records of the information we need for premium computation and send us copies at such times as we may request. Failing to supply such records upon request, or providing incorrect, incomplete or false records, or omitting, misrepresenting or misstating material facts will be deemed a breach of condition and will subject this policy, and may subject any in force policy of yours, to cancellation for breach of conditions.

**5.** We reserve the right to examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**6.** Premium shown in this Coverage Part as advance premium is a minimum and deposit premium. Advance premium includes any payments identified as premium paid prior to policy expiration.  At the close of each audit period, we will compute the earned premium for that period.  Audit premium is due and payable upon notice to the first Named Insured.  Failure to pay the audit premium due will be deemed a breach of contract and subject this policy, and may subject any in force policy of yours, to cancellation for non-payment of premium.

    **a.** If the actual earned premium generated as a result of an audit for the policy period is less than the advance premium, such advance premium is the minimum premium for the policy period indicated and is not subject to adjustment.

    **b.** If the actual earned premium generated as a result of an audit for the policy period is greater than the advance premium, then a final premium adjustment endorsement will be issued. The additional premium amount shown on the final premium adjustment endorsement is due and payable to us upon notice to the first Named Insured.

**7.** **Estimated Annual Audit Procedure.**

    If, after three documented attempts, we are unable to examine your books and records to obtain the information necessary to complete the audit, we may implement our estimated audit procedure as outlined below:

    **a.** An Estimated Audit Endorsement will be issued reflecting a fifty percent (50%) increase in your reported premium basis.  This increase is an estimate based on information we have on file, or your business operations.

    **b.** If you agree with the Estimated Audit Endorsement, you must remit payment for the full amount of the estimated audit; or

    **c.** If you dispute the Estimated Audit Endorsement, you must provide the requested audit information so we can calculate the proper earned premium developed for the policy period.

8. **Cancellation Audit Procedure.**

    **a.** If the policy is canceled prior to the expiration date the first Named Insured retains the unearned premium; we will retain the earned premium developed by:

        **(1)** Multiplying the advance premium by the applicable pro-rata factor, short-rate factor, or minimum earned premium percentage; or

        **(2)** An audit of your books and records for the period the policy was in force,

        whichever is greater.

    **b.** If the actual earned premium generated as a result of an audit is greater than the advance premium paid at issuance, then a final premium adjustment endorsement will be issued. The additional premium amount shown on the final premium adjustment endorsement is due and payable to us upon notice to the first Named Insured.

**B.** The following definitions are **added** to the **Definitions** section:

    **1.** "Casual laborers" are persons who provide services that are performed in the course of the employing unit's trade or business regardless of the amount of remuneration received or the length of time the services are provided.

    **2.** "Designated operations" means only those operations performed by any insured that are described on the Common Policy Declarations, the General Liability Coverage Part Declarations, or the endorsements or supplements of this insurance.

All other terms and conditions remain unchanged.

POLICY NUMBER:  NN1206393

**COMMERCIAL GENERAL LIABILITY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE
## (Including Allocated Loss Adjustment Expense)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | \ | | Amount And Basis Of Deductible | | |
|---|---|---|---|---|---|
| | PER CLAIM | | PER OCCURRENCE | | PER ITEM |
| Bodily Injury Liability | $ | - OR - | $ | | Not Applicable |
| - OR - | | | | | |
| Property Damage Liability | $ | - OR - | $ | - OR - | $ |
| - OR - | | | | | |
| Bodily Injury Liability and Property Damage Liability Combined | $ 1,000 | - OR - | $ | | Not Applicable |

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim, a per "occurrence" or per item basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule. The deductible amount stated in the Schedule applies as follows:

    **1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule is on a per claim basis, that deductible applies as follows:

        **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

        **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

        **c.** Under Bodily Injury and Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

            **(1)** "Bodily injury";

            **(2)** "Property damage"; or

            **(3)** "Bodily injury" and "property damage" combined

    as the result of any one "occurrence".

    If damages are claimed for care, loss of services, loss of support or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

    With respect to "property damage", person includes an organization.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule is on a per "occurrence" basis, that deductible amount applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   **c.** Under Bodily Injury and Property Damage Liability Coverage Combined, to all damages because of:

     **(1)** "Bodily injury";

     **(2)** "Property damage"; or

     **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**3. PER ITEM BASIS.** If the deductible amount indicated in the Schedule is on a per item basis, that deductible amount applies under Property Damage Liability Coverage, to each item damaged because of "property damage" sustained by one person or organization as the result of any one "occurrence".

**C.** The deductible amount stated in the Schedule applies to loss, legal expense, and our "Allocated Loss Adjustment Expense" incurred, whether or not payment is made to the claimant, compromise settlement is reached or the claim is denied.

**D.** The terms of this insurance, including those with respect to:

   **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

   **2.** Your duties in the event of an "occurrence", claim or "suit"

apply irrespective of the application of the deductible amount.

**E.** We may, at our sole election and option, either:

   **1.** Pay any part or all of the deductible amount to effect settlement of any claim or "suit" and upon notification of the action taken, you will promptly reimburse us for such part of the deductible amount as has been paid by us; or

   **2.** Upon our receipt of notice of any claim or at any time thereafter, request you to pay and deposit with us all or any part of the deductible amount, to be held and applied according to the terms of this policy.

**F.** The following is **added** to the **Definitions** section:

"Allocated Loss Adjustment Expense" will include all costs and expenses incurred by us in investigating and adjusting any loss, with the exception of salary and overhead.

All other terms and conditions of this policy remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **c. Liquor Liability** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** is **replaced** by the following:

This insurance does not apply to:

**c.   Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured or his indemnitee allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Are an owner or lessor of premises used for activities described in **(2)**, **(3)**, **(4)** or **(5)** below whether such activities are performed with or without your knowledge;

**(2)** Manufacture, sell or distribute alcoholic beverages;

**(3)** Serve or furnish alcoholic beverages for a charge where the activity:

**(a)** Requires a license; and

**(b)** Is for the purpose of financial gain or livelihood;

**(4)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or

**(5)** Permit any person to bring any alcoholic beverages on your premises, for consumption on your premises.

All other terms and conditions remain unchanged.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**COMMERCIAL GENERAL LIABILITY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is **added** to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Coverage B - Personal And Advertising Injury Liability** and **Coverage C - Medical Payments**:

This insurance does not apply to:

1. "Bodily injury", "property damage", "personal and advertising injury", medical payments or "reduction in value" related to the actual, alleged, or threatened presence of, or exposure to "asbestos" in any form, or to harmful substances emanating from "asbestos".  This includes ingestion, inhalation, absorption, contact with, existence or presence of, or exposure to "asbestos".  Such injury from or exposure to "asbestos" also includes, but is not limited to:

   **a.** The existence, installation, storage, handling or transportation of "asbestos";

   **b.** The removal, abatement or containment of "asbestos" from any structures, materials, goods, products, or manufacturing process;

   **c.** The disposal of "asbestos";

   **d.** Any structures, manufacturing processes, or products containing "asbestos";

   **e.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage; or

   **f.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above.

2. Any loss, cost or expense, including, but not limited to payment for investigation or defense, fines, penalties and other costs or expenses, arising out of any:

   **a.** Claim, "suit", demand, judgment, obligation, order, request, settlement, or requirement by or on behalf of any authority, governmental or otherwise, that any insured or any other person or entity test for, monitor, clean up, remove, contain, mitigate, treat, neutralize, remediate, or dispose of, or in any way respond to, or assess the actual or alleged effects of "asbestos"; or

   **b.** Claim, "suit", demand, judgment, obligation, request, or settlement due to any actual, alleged, or threatened injury or damage from "asbestos" or testing for, monitoring, cleaning up, removing, containing, mitigating, treating, neutralizing, remediating, or disposing of, or in any way responding to or assessing the actual or alleged effects of, "asbestos" by any insured or by any other person or entity; or

   **c.** Claim, "suit", demand, judgment, obligation, or request to investigate which would not have occurred, in whole or in part, but for the actual or alleged presence of or exposure to "asbestos".

This exclusion applies regardless of who manufactured, produced, installed, used, owned, sold, distributed, handled, stored or controlled the "asbestos".

**B.** The following definitions are added to the **Definitions** section:

1. "Asbestos" means any type or form of asbestos, asbestos fibers, asbestos products, or asbestos materials, including any products, goods, or materials containing asbestos or asbestos fibers, products or materials and any gases, vapors, scents or by-products produced or released by asbestos.

2. "Reduction in value" means any claim, demand or "suit" that alleges diminution, impairment or devaluation of tangible property.

All other terms and conditions of this policy remain unchanged.

# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT
SUPERIOR COURT

MIDDLESEX, ss                                                DOCKET NO.

|  |  |
|---|---|
| DOUGLAS BLOWERS AND SIMONE BLOWERS | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| PARTINGTON BUILDERS, LLC | ) |
| Defendant | ) |

## VERIFIED COMPLAINT

Plaintiffs own a single family residence known and number as 48 Mary Catherine Lane, Sudbury, Massachusetts. It is located in the Ledgewood Hill II Subdivision.  The Defendant owns the vacant lot adjacent to and sharing a common bound with Plaintiffs' property.  The Defendant razed a natural berm that existed between the two properties, removed a significant amount of earth, removed trees, arborvitae and bushes, without the consent, permission or authorization of the Plaintiffs.

Defendant razed a specific part of the Plaintiffs' property, a triangular piece that abuts what will be the front yard for the newly constructed home Defendant intends to market and sell.

**The Parties**

1. The Plaintiffs Douglas Blowers and Simone Blowers, married to each other, reside at 48 Mary Catherine Lane, Sudbury, Massachusetts.

2. The Defendant, Partington Builders, LLC, is a limited liability company duly registered to conduct business in the Commonwealth of Massachusetts. The registered agent is Wayne Partington of 9 Michael Lane, Sterling, Massachusetts. (A true and accurate copy of the summary sheet for the Commonwealth of Massachusetts is attached hereto and marked as **Exhibit # 1**)

1

**The Facts**

3. The Plaintiffs, Douglas Blowers and Simone Blowers, purchased the single family residence located at 48 Mary Catherine Lane, for the stated consideration of $1,350,000.00. The house was newly constructed. The deed is recorded at Certificate # 282186 Document # 1789016, Book 1527 Page 113. (A true and accurate copy of the deed is attached hereto and marked as **Exhibit # 2**)

4. The home is part of the Ledgewood II Subdivision. (A true and accurate copy of the subdivision plan is attached here and marked as **Exhibit # 3**)

5. The Plaintiffs lot has a triangular portion where the driveway meets the street that extends in front of the location of the home being constructed by the Defendant. (A true and accurate copy of the photographs depicting the triangular piece of Plaintiffs' property is attached hereto and marked as **Exhibit # 4**)

6. The Plaintiffs' home had a natural berm that separated it from the adjacent lot. (True and accurate copies of photographs depicting the berm is attached hereto and marked as **Exhibit # 5**).

7. The Defendant, Partington Builders, LLC, purchased the vacant lot adjacent to and sharing a common bound with the Blowers property, on February 21, 2021. The purchase price was $297,5000.00. The deed is recorded at Certificate # 275501, Book 1569 Page 104. (A true and accurate copy of the deed is attached hereto and marked as **Exhibit # 6**)

8. On information and belief, the Defendant purchased the lot for the purpose of developing and constructing a single family residence. On information and belief, the Defendant does not intend to reside at the premises but intends to immediately place it on the market for sale prior to or upon completion of construction.

9. The Defendant, Partington Builders, LLC, commenced site work on its lot.

10. The Defendant, Partington Builders, LLC, reached out to the Blowers to discuss tree removal. The tree removal discussed were trees located on the Defendant's Lot, not the Plaintiffs. The issue raised had to do with the extension of tree roots on to the property of the Plaintiffs.

11. The Defendant suggested that it come on the Plaintiffs' land for the purpose of removing the tree roots. Plaintiffs were not opposed to this limited incursion. This work did not in any way involve the triangular part of Plaintiffs property.

12. The Defendant then suggested "cleaning up" the triangular part of Plaintiffs' lot that extends in front of the location of the home Defendant was building. The Defendant also requested that the Plaintiffs grant an easement for landscaping purposes so that Defendant

2

and the subsequent owners, of the newly constructed home would have access to the triangular piece or property.

13. Plaintiffs state that they needed more information as to the proposal. This request is contained in an email exchange between the parties. (A true and accurate copy of the emails are attached hereto and marked as **Exhibit # 7**).

14. The Plaintiffs specifically stated the following:

**Hi Wayne**

**I would like to see plans on how everything will look when it is completed and some form of guarantee of quality of work and final results will meet my expectations. At this time I am ok with the details about the scope of work, but I need assurance of quality and final results will meet both parties standards and not negatively impact my property or property value.**

15. Defendant did not provide any plans.

16. Defendant did not provide anything in writing or otherwise describing, discussing, or demonstrating the impact to the Plaintiff's property.

17. The Plaintiffs never authorized any work to be done on their property other than the removal of tree roots in a limited location.

18. Defendant, without permission or authorization, went on to the land of the Plaintiffs, including, but not limited to, the triangle area that is the Plaintiffs' property but is located adjacent to the front yard of the proposed new home on the Defendant's lot. Defendant removed trees, bushes, arborvitae, plants, and significant amounts of earth. (See **Exhibit # 5** for the "before" pictures. A true an accurate copy of the property after the damage caused by the Defendant is attached hereto as **Exhibit # 8**)

19. The destruction caused by the Defendant resulted in the eradication and removal of the natural berm between the property of the Plaintiffs and the Defendant.

20. The berm provided a natural barrier necessary for the privacy of the Plaintiffs.

21. The Defendant sited the house on its lot facing the Plaintiffs house, and, not the street. This exacerbates the lack of privacy because of the removal of the natural berm. (A true and accurate copy of the plot plan depicting the site of the newly constructed house on Defendants lot is attached hereto and marked as **Exhibit # 9**)

3

22. On information and belief, the Defendant destroyed the natural berm on their property and privacy in order to enhance the proposed front yard for Defendant's house.

23. Plaintiffs have obtained an estimate for the restoration of their property. (A true and accurate copy of the estimate is attached hereto and marked as **Exhibit # 10**)

24. Plaintiffs issued a demand for compensation for the damage done to their property, to wit, the restoration cost, the diminution in value, the removal of trees, and the destruction of the privacy barrier between the properties. (A true and accurate copy of the demand letter is attached hereto and marked as **Exhibit # 11**)

25. There is no insurance known to the Plaintiffs that will satisfy judgment that is likely to enter in this matter.

26. The estimate demonstrates that it will cost approximately $97,000.00 (ninety seventy thousand dollars) to restore the property to a similar condition and to re-create a privacy barrier that previously existed.

27. There are additional damages suffered due to the destruction of the privacy barrier.

28. The Plaintiffs are likely to recover judgment in an amount that will equal to or exceed $100,000.00 (one hundred thousand dollars).

29. On information and belief, the only asset that is available to satisfy the judgment that is likely to enter is the real estate owned by the Defendant in Middlesex County.

30. The Defendant is continuing with the construction of the single family home and at the time of the filing of this complaint it has been completely framed.

31. Mr. Wayne Partington, the managing member of Partington Builders, LLC, tried to interfere with, or move the boundary marker between the properties. (A true and accurate copy of a video depicting the conduct of Mr. Wayne Partington is filed herewith in a thumb drive.)

**Count I**
**Violation of Massachusetts General Laws chapter 242 section 7**

32. The Plaintiffs restate the allegations set forth in paragraphs # 1 through # 31 as if fully set forth here.

33. The Defendant, without authority or permission, removed trees from the property of the Defendant.

34. The removal of the trees constitutes a violation of Massachusetts Law General laws chapter 242 section 7.

35. As a direct and proximate result of the Defendant's unlawful removal of trees, the Plaintiffs suffered damages, to wit, the loss of tress and underwood, and the destruction of the privacy barrier between the properties.

Wherefore, the Plaintiffs request that this Honorable Court enter Judgment in their favor on Count I and award the following relief:

   a. Damages for the restoration of the property;
   b. Damages for the removal of the trees;
   c. Treble damages as allowed under the statute;
   d. Award prejudgment security in the form of a real estate attachment
   e. Award prejudgment security in the form of trustee process;
   f. Interest, costs and attorney's fees; and,
   g. Such other relief as this Honorable Court deems reasonable and just.

**Count II**
**Trespass**

36. The Plaintiffs restate the allegations set forth in paragraphs # 1 through # 35 of the instant Complaint as if fully set forth here.

37. The Defendant entered upon the Plaintiffs' land without permission or authorization and removed earth, arborvitae, trees, shrubs and destroyed the natural earth berm that existed between the two properties.

38. As a direct and proximate result of Defendant's trespass, the Plaintiffs suffered damages, to wit, the destruction of their property, removal of trees under trees, arborvitae and earth.

Wherefore, the Plaintiffs request that this Honorable Court enter Judgment in their favor on Count II and award the following relief:

   a. Damages for the restoration of the property;
   b. Damages for the removal of the trees;
   c. Damages for the diminution of the value of the property;
   d. Award prejudgment security in the form of a real estate attachment;
   e. Award prejudgment security in the form of trustee process;
   f. Interest, costs and attorney's fees; and,
   g. Such other relief as this Honorable Court deems reasonable and just.

**Count III**
**Nuisance**

39. The Plaintiffs restate the allegations set forth in paragraphs # 38 of the instant Verified Complaint as if fully set forth here.

40. The Defendant entered upon the Plaintiffs' land without permission or authorization and removed natural earth, arborvitae, trees, shrubs and destroyed the natural earth berm that existed between the two properties.

41. As a direct and proximate result of Defendant's trespass, the Plaintiffs suffered damages, to wit, the destruction of their property, removal of trees under trees, arborvitae and earth.

Wherefore, the Plaintiffs request that this Honorable Court enter Judgment in their favor on Count II and award the following relief:

   a.  Damages for the restoration of the property;
   b.  Damages for the removal of the trees;
   c.  Damages for the diminution of the value of the property;
   d.  Award prejudgment security in the form of a real estate attachment;
   e.  Award prejudgment security in the form of trustee process;
   f.  Interest, costs and attorney's fees; and,
   g.  Such other relief as this Honorable Court deems reasonable and just.

## JURY DEMAND

**Plaintiffs demand a trial by jury on all issues.**

Respectfully submitted
The Plaintiffs
By their attorneys

Dionisi, O'Rourke & Bradford, LLP

Robert F. Dionisi, Jr.
BBO # 125740
Michelle J. Blair
BBO # 564078
Suite 214
365 Boston Post Road
Sudbury, MA 01776
(978) 443-3900
(978) 443-3966 (facsimile)
bob@dobmalaw.com
michellejblair@verizon.net

**Verification**

We, Douglas Blowers and Simone Blowers, being duly sworn, do hereby depose and say as follows:

1. We reviewed the facts set forth in the Complaint and Exhibits attached thereto;

2. The facts set forth are based on our own personal knowledge, on the documents obtained by counsel, documents obtained in the Registry of Deeds, and when advanced on information and belief, done so in good faith;

3. The photographs submitted were taken by us;

4. The video of Mr. Partington trying to move the land court boundary line marker was taken by use;

5. The estimate was provided to us; and,

6. We have not knowingly omitted any material facts from this Complaint.

Signed under the pains and penalties of perjury this 15 th  day of June 2021.


Douglas Blowers                                    Simone Blowers

7

# EXHIBIT C

**wayne@partingtonbuilders.com**

| | |
|---|---|
| **From:** | Chris Shepherd <Chris.S@newwaveinsurances.com> |
| **Sent:** | Friday, June 18, 2021 6:26 AM |
| **To:** | Wayne Partington |
| **Subject:** | RE: Blowers 48 Mary Catherine Lane |

Good morning Wayne,

The claim has been submitted to the claims department.  Once I secure a claims number, I'll provide to your attention immediately.

Chris

**From:** Wayne Partington <wayne@partingtonbuilders.com>
**Sent:** Thursday, June 17, 2021 4:25 PM
**To:** Chris Shepherd <Chris.S@newwaveinsurances.com>
**Subject:** Fwd: Blowers 48 Mary Catherine Lane

The complaint is attached.

Thanks,

**Wayne Partington**
President
Partington Builders
Mobile: (508) 615-1239

Sent from my iPhone

Begin forwarded message:

**From:** Jonas Jacobson <jonas@jonasjacobson.com>
**Date:** June 17, 2021 at 4:07:26 PM EDT
**To:** Wayne Partington <wayne@partingtonbuilders.com>
**Subject: Fwd: Blowers 48 Mary Catherine Lane**


---------- Forwarded message ---------
From: **Michelle J. Blair** <michellejblair@verizon.net>
Date: Thu, Jun 17, 2021 at 3:42 PM
Subject: Blowers 48 Mary Catherine Lane
To: jonas@jonasjacobson.com <jonas@jonasjacobson.com>, bob@dobmalaw.com <bob@dobmalaw.com>

Good afternoon Attorney Jacobson;

It is my understanding that service was completed today upon Partington Builders, LLC.

1

As a courtesy, attached you will find copies of what was filed yesterday in Middlesex Superior Court, together with the Summons, Tracking Order, and Notice of the hearing scheduled on the Motion for Real Estate Attachment.

If you are going to enter an appearance on behalf of Partington Builders in this matter I will forward the Zoom link issued by the Clerk.

Sincerely,

Michelle J. Blair
of counsel to
Dionisi, O'Rourke & Bradford, LLP
Suite 214
365 Boston Post Road
Sudbury, MA 01776
(978) 443-3900
(978) 443-3966 (facsimile)
(508) 353-9011


--
Jonas Jacobson
(p)617-230-2779
(f) 617-849-5547
872 Massachusetts Ave., Unit 1-6
Cambridge, MA 02139
<jonas@jonasjacobson.com>


*************************************

This e-mail communication and any attachments are confidential and intended only for the use of the intended recipients. This communication may be privileged. If you have received this communication in error, (meaning if you are not the intended recipient, or if you have cause to suspect you are not) you are directed to notify me immediately by telephone and destroy all copies of this communication and any attachment. Thank you.

**wayne@partingtonbuilders.com**

| | |
|---|---|
| **From:** | Jowers, Tracy <tjowers@nautilus-ins.com> |
| **Sent:** | Thursday, July 01, 2021 9:37 AM |
| **To:** | Wayne Partington |
| **Subject:** | RE: N000010118843 / Douglas Blowers v. Partington Builders, LLC  [EXTERNAL] |
| **Attachments:** | N000010118843 Partington Builders LLC Disclaimer In Suit. no occurrance exclusion a l236docx.pdf |

Mr. Partington,

Attached please find the disclaimer that was mailed today.



**Tracy Jowers | Senior Examiner**
Nautilus Insurance Group (a Berkley Company)
7233 East Butherus Drive, Scottsdale, AZ 85260
Phone: 480.509.6857 | Fax: 480.281.0826
E-mail: tjowers@nautilus-ins.com | Web site: www.nautilusinsgroup.com

**From:** Jowers, Tracy
**Sent:** Tuesday, June 29, 2021 1:07 PM
**To:** Wayne Partington <wayne@partingtonbuilders.com>
**Subject:** RE: N000010118843 / Douglas Blowers v. Partington Builders, LLC [EXTERNAL]

Good afternoon,

I waiting for the approved letter from management.  Once it's received, I'll forward it to you.



**Tracy Jowers | Senior Examiner**
Nautilus Insurance Group (a Berkley Company)
7233 East Butherus Drive, Scottsdale, AZ 85260
Phone: 480.509.6857 | Fax: 480.281.0826
E-mail: tjowers@nautilus-ins.com | Web site: www.nautilusinsgroup.com

**From:** Wayne Partington <wayne@partingtonbuilders.com>
**Sent:** Tuesday, June 29, 2021 11:15 AM
**To:** Jowers, Tracy <tjowers@nautilus-ins.com>
**Subject:** Re: N000010118843 / Douglas Blowers v. Partington Builders, LLC [EXTERNAL]

** CAUTION: External message

Tracy,

Good morning, I am just following up on the status of the letter. When do you believe it will be available?

Thanks,

**Wayne Partington**
President
Partington Builders
Mobile: (508) 615-1239

Sent from my iPhone

On Jun 24, 2021, at 3:14 PM, wayne@partingtonbuilders.com wrote:

Tracy,

Thanks for taking my call a few moments ago and for sending the policy. I appreciate your prompt attention to this matter.

I believe what you told me on the phone is that you are working on a written response to our claim that you expect to be available on Monday, 6/28/2021. I also believe you said the claim was going to be denied because the complaint wasn't a "damages case".

On the attached Civil Action Cover Sheet it states the type of action to be "damage to real property". It also states the "Tort Claims" to be "$97,218.75, the cost of restoration of the Plaintiffs yard". This is prima facie case of property damage and should be covered by the policy. I urge you to reconsider your position and cover the claim.

Best Regards,



**Wayne Partington**
President
Partington Builders
Mobile: (508) 615-1239

**From:** Jowers, Tracy <tjowers@nautilus-ins.com>
**Sent:** Thursday, June 24, 2021 2:34 PM

2

**To:** Wayne Partington <wayne@partingtonbuilders.com>
**Subject:** RE: N000010118843 / Douglas Blowers v. Partington Builders, LLC [EXTERNAL]

Mr. Partington,

Attached please find a copy of your policy with Nautilus Insurance Company.



**Tracy Jowers | Senior Examiner**
Nautilus Insurance Group (a Berkley Company)
7233 East Butherus Drive, Scottsdale, AZ 85260
Phone: 480.509.6857 | Fax: 480.281.0826
E-mail: tjowers@nautilus-ins.com | Web site: www.nautilusinsgroup.com

**From:** Wayne Partington <wayne@partingtonbuilders.com>
**Sent:** Tuesday, June 22, 2021 5:14 PM
**To:** Jowers, Tracy <tjowers@nautilus-ins.com>
**Subject:** Re: N000010118843 / Douglas Blowers v. Partington Builders, LLC [EXTERNAL]

** CAUTION: External message

Thanks, Tracy.

Please send me a copy of the policy when you receive it. I think I have it around but it'll be easier if you send me a copy.

Thanks,

**Wayne Partington**
President
Partington Builders
Mobile: (508) 615-1239

Sent from my iPhone

On Jun 22, 2021, at 4:34 PM, Jowers, Tracy <tjowers@nautilus-ins.com> wrote:

Mr. Partington,

Thank you for taking the time to provide details of the loss.

As discussed, once we confirm coverage for the loss, I will follow up to advise what coverage is available under your policy.

# EXHIBIT D



# EXHIBIT E



T | 800.842.8972
F | 480.951.9730

July 1, 2021

**FIRST CLASS MAIL & CERTIFIED-RETURN RECEIPT REQUESTED - CLAIM #N000010118843**

Partington Builders LLC
ATTN: Wayne Partington
9 Michael Lane
Sterling, MA  01564

RE:    Company:           Nautilus Insurance Company
       Claim Number:      N000010118843
       Policyholder:      Partington Builders LLC
       Plaintiff(s):      Douglas and Simone Blowers
       Policy Number(s): NN1206393
       Policy Period(s):  2/25/2021-2/25/2022

**DISCLAIMER OF COVERAGE**

Dear Partington Builders LLC:

Nautilus Insurance Company acknowledges receipt of the Complaint in the above referenced matter. The Complaint is styled: *Douglas Blowers and Simone Blowers v. Partington Builders, LLC*; pending in the Commonwealth of Massachusetts, Department of the Trial Court, Superior Court.

**For the reasons outlined below, we will not be providing defense or indemnification for this loss or the allegations in the lawsuit.**

The Complaint alleges Plaintiffs, the Blowers, are the owners of 48 Mary Catherine Lane, Sudbury, MA, that is adjacent to property owned by Partington Builders, which is currently under construction. The Blowers' lot has a triangular piece of property that extends in the front of property owned by Partington Builders LLC.  Partington Builders reached out to the Blowers suggesting "cleaning up" the triangular portion of the lot extending onto Partington's property, and requested an easement for landscaping purposes to allow subsequent owners access to that specific piece of property.   The Blowers requested more information regarding the proposal, which were never provided. The Blowers did not receive anything in writing describing, discussing or demonstrating the impact for their property.

Partington Builders LLC without the Plaintiff' permission or authorization, went onto the Plaintiffs' land and removed trees, bushes, arborvitae, plants and a significant amount of earth from their property.  The removal resulted in the eradication and removal of natural berm between the properties that provided a natural barrier for privacy. Plaintiffs allege that they never authorized any work to be done on their property other than the removal of tree roots in a limited location.

7233 East Butherus Drive
Scottsdale, Arizona 85260
800.842.8972

Page 1 of 6

nautilusagents.com
m.nautilusagents.com

They further allege that the Defendant destroyed the natural berm on the Plaintiffs' property in order to enhance the proposed front yard for the Defendant's house.

The Blowers are seeking damages for the restoration of their property; damages for the removal of the trees; damages for the diminution of the value of their property; prejudgment security; and interest, costs, and attorney's fees. The causes of action in the Complaint are for violation of Massachusetts General Laws Chapter 242 section 7; trespass; and nuisance.

We wish to make clear at the outset we recognize the allegations made in this lawsuit are only allegations that may be untrue, embellished or exaggerated, and we do not accept them as true. Nothing in this letter should be construed otherwise. However, we must necessarily refer to the allegations in order to discuss the coverage issues and to determine whether the policy[1] will respond to the claims being made.

Nautilus Insurance Company issued the policy or policies of insurance referenced above to Partington Builders LLC for the period(s) referenced above, each with policy limits of $1,000,000 per occurrence with a $2,000,000 general aggregate.

Please now refer to the first Insuring Agreement found in Form CG 00 01 (04 13), "Commercial General Liability Coverage Form," under "Coverage A. Bodily Injury and Property Damage Liability," which reads in part:[2]

### SECTION I – COVERAGES
### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**
   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:
      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and
      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.
   b. This insurance applies to "bodily injury" and "property damage" only if:
      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
      (2) The "bodily injury" or "property damage" occurs during the policy period; and

---

[1] The singular "policy" refers to all policies referenced in this letter unless specifically indicated otherwise.

[2] The policy may contain other Insuring Agreements which do not appear applicable to this matter.

7233 East Butherus Drive
Scottsdale, Arizona 85260
800.842.8972

Page 2 of 6

nautilusagents.com
m.nautilusagents.com

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

The definitions relevant to this Insuring Agreement and the exclusions and endorsements discussed below can be found in SECTION V - DEFINITIONS, as follows:

### SECTION V - DEFINITIONS

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

As you can see from the above policy language, the Coverage A insuring agreement provides coverage for sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" sustained by another during the policy period and resulting from an "occurrence". The Complaint does not allege "property damage" or "bodily injury" resulting from an "occurrence", which means an accident, as is required to trigger the Coverage A insuring agreement. Therefore, we are disclaiming coverage on the grounds that coverage has not been triggered for this loss and lawsuit.

7233 East Butherus Drive
Scottsdale, Arizona 85260
800.842.8972

Page 3 of 6

nautilusagents.com
m.nautilusagents.com

Coverage is also subject to the other provisions, conditions and exclusions in the policy.

Please now refer to Form CG 00 01 (04 13), "Commercial General Liability Coverage Form", under "Coverage A. Bodily Injury and Property Damage Liability", "Exclusions", which provides in part:

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

As you can see from the above language, the policy expressly excludes coverage for "property damage" or "bodily injury" expected or intended from the standpoint of the insured. The lawsuit alleges that the damage to the plaintiffs' property was done intentionally in order to enhance the value of the defendant's property, and the above exclusion also applies to bar coverage for this loss and lawsuit.

We now refer you to policy form endorsement L236 (06/07), "Total Exclusion - Subsidence Or Movement Of Soil, Land, Bedrock Or Earth", which states:

# TOTAL EXCLUSION - SUBSIDENCE OR MOVEMENT OF SOIL, LAND, BEDROCK OR EARTH

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is **added** to **Paragraph 2. Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability, Coverage B - Personal And Advertising Injury Liability** and **Coverage C - Medical Payments:**

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or medical payments directly or indirectly arising out of, resulting from, contributed to, aggravated or concurrently caused by "subsidence or movement of soil, land, bedrock or earth", whether natural, manmade or otherwise.

We have no duty to defend any insured against any loss, claim, "suit", or other proceeding alleging damages arising out of or related to "bodily injury", "property damage", "personal and advertising injury" or medical payments to which this exclusion applies.

**B.** For the purpose of this endorsement, the following is **added** to the **Definitions** section:

"Subsidence or movement of soil, land, bedrock or earth" includes, but is not limited to settling, bulging, shaking, sinking, slipping, shifting, eroding, rising, tilting, expanding, contracting, shrinking, instability, falling away, caving in, landslide, mudflow, flood, sinkhole, earthquake, volcano, or avalanche.

All other terms and conditions of this policy remain unchanged.

As you can see from the above language, the policy expressly excludes coverage for damages arising out of "subsidence or movement of soil, land, bedrock or earth", whether natural, man-

7233 East Butherus Drive
Scottsdale, Arizona 85260
800.842.8972

Page 4 of 6

nautilusagents.com
m.nautilusagents.com

made or otherwise.  The Complaint alleges damages arising out of the wrongful removal of the natural earth berm, and we reserve the right to disclaim coverage under the above exclusionary endorsement for damages arising out of any "subsidence or movement of soil, land, bedrock or earth".

We do not limit our right to assert limitations on coverage to the provisions of the policy set forth above. Rather, we reserve the right to enforce any and all policy provisions, including policy conditions.

We reserve the right to review any additional lawsuits or amendments to this lawsuit to make a separate determination as to whether either a defense, or indemnity, might be provided. It is possible that we might provide a defense and/or indemnity on a new or amended complaint or petition. Our decision on coverage is based only on the facts as presented to us to date and should not be construed as applicable to a new suit or an amendment to this suit. Our right to have notice of either situation is reserved, as are the notice conditions of the policy.

We ask that you immediately clarify and provide for our consideration any additional information or facts you currently have in your possession or may develop in the future that may change our decision regarding coverage of this loss, thereby providing us the opportunity to reconsider our position.

We specifically reserve the right to bring an action to declare the obligations and responsibilities of the parties hereto under the contract of insurance in question, at any time.

Your privacy throughout the claim process is very important to us. To learn more about our privacy policies including how we collect, use and share information, please visit www.nautilusinsgroup.com and click the "Privacy Policies" tab at the bottom of the page. Our Notice of Personal Information Collected per California's CCPA can be viewed at http://www.nautilusinsgroup.com/claimscalifornia.pdf. If you wish to receive a paper copy of our privacy policies and notice, please contact 480-509-6627.

We regret that we could not be of service in this particular instance, but hope you understand that we must be guided by the language contained in the policy to determine whether or not coverage exists for a particular loss, claim or suit. If you feel that we are incorrect in our assessment of the coverage issues or if you have questions, comments or objections regarding the contents of this letter or desire to discuss further the content of this letter or the claim in general, please feel free to contact me at (800) 842-8972 ext. 4806857.

Sincerely,

Tracy Jowers, Sr. Claims Examiner
Nautilus Insurance Group on behalf of Nautilus Insurance Company
Email: tjowers@nautilus-ins.com
Direct Fax: 480-281-0826

7233 East Butherus Drive
Scottsdale, Arizona 85260
800.842.8972
Page 5 of 6
nautilusagents.com
m.nautilusagents.com

Partington Builders LLC
N000010118843
Page 6 of 6

cc: AmWINS Access Insurance Services, LLC – Hopedale via email (richm@iiane.com)

New Wave Insurances
111 Washington St.
Plainville, MA 02762

7233 East Butherus Drive
Scottsdale, Arizona 85260
800.842.8972

Page 6 of 6

nautilusagents.com
m.nautilusagents.com



■ Expected delivery date specified for domestic use.

■ Most domestic shipme

■ USPS Tracking® includ

■ Limited international ir

■ When used internation

*Insurance does not cover cert
Domestic Mail Manual at http://

** See International Mail Manua

# FLAT RATE

ONE RATE ■ ANY WEI

TRACKED ■ I

PS00001000014

**UNITED STATES**
**POSTAL SERVICE** ®   |   **PRIORITY**
MAIL

**UNITED STATES**
**POSTAL SERVICE** ®

**P**

**PRIORITY MAIL 2-DAY®**

US POSTAGE PAID
**$12.15**

Origin: 0 139
12/09/21
2401 0201 39-16

*Retail*

EXPECTED DELIVERY DAY: 12/13/21

C043

1 Lb 1.80 Oz
1006

SHIP
TO:
7233 E BUTHERUS DR
SCOTTSDALE AZ 85260-2410

USPS SIGNATURE® TRACKING #

9510 8129 8133 1343 7403 61

FROM: Janus Jacobson
872 Mass. Ave. ...
CAMBRIDGE, MA 02...

TO: JANET SHERMAN
Nomu...
7233 E. Bu...
SCOTTSDALE, A...
852 6...