COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

MIDDLESEX, ss.                                                    CIVIL ACTION NO.: 2181CV05355

|  |  |
|---|---|
| PARTINGText BUILDERS, LLC<br>    Plaintiff,<br><br>v.<br><br>NAUTILUS INSURANCE CO.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that a Notice of Removal, a true and accurate copy of which is attached hereto, was filed by the Defendant, Nautilus Insurance Co., in the office of the Clerk of the United States District Court for the District of Massachusetts, Eastern Division, One Courthouse Way, Boston, Massachusetts, on the 11th day of January, 2022, relative to the removal and transfer of the above-captioned action.

Respectfully submitted,
The Defendant,
NAUTILUS INSURANCE CO.,

By Its Attorneys,

**MORRISON MAHONEY LLP**

/s/ Michael F. Aylward
Michael F. Aylward, BBO #024850
250 Summer Street
Boston, MA  02210
Tel: (617) 439-7556
Fax: (617) 342-4913
maylward@morrisonmahoney.com

-2-

## CERTIFICATE OF SERVICE

I, Michael F. Aylward, hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, upon the attorney of record for each party on January 12, 2022.

/s/ Michael F. Aylward
Michael F. Aylward

-2-

100832825