UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARTINGTON BUILDERS, LLC, </br></br> v. </br></br> NAUTILUS INSURANCE COMPANY, | ) </br> ) </br> ) </br> ) </br> ) CASE 1:22-CV-10040-DLC </br> ) </br> ) </br> ) </br> ) |

## STIPULATION OF DISMISSAL

The Plaintiff, Partington Builders, LLC and Defendant, Nautilus Insurance Company stipulate, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action shall be dismissed with prejudice, no fees, no interest, no costs. All rights of appeal are waived.

Respectfully Submitted,

| | |
|---|---|
| PARTINGTON BUILDERS, LLC </br> By its Attorney, | NAUTILUS INSURANCE COMPANY, </br> By its attorneys, |
| **LAW OFFICES OF JONAS JACOBSON** | **MORRISON MAHONEY LLP** |
| /s/ Jonas A. Jacobson | /s/ Richard R. Hennessey |
| Jonas A. Jacobson, BBO# 676581 </br> 2067 Massachusetts Avenue, 5th Floor </br> Cambridge, MA 01240 </br> Tel: (617) 230-2779 </br> jonas@jonasjacobson.com | Michael F. Aylward, BBO# 024850 </br> Richard R. Hennessey, BBO #680652 </br> 250 Summer Street </br> Boston, MA 02210 </br> Tel: (617) 670-8913 </br> Fax: (617) 342-4819 </br> maylward@morrisonmahoney.com </br> rhennessey@morrisonmahoney.com |

**CERTIFICATE OF SERVICE**

      I, Richard R. Hennessey, hereby certify that on June 10, 2025, I electronically filed the above-referenced document with the Clerk of the United States District Court for the District of Massachusetts by using the CM/ECF system.  I certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, upon the attorney of record for each party.

Jonas A. Jacobson, Esq.
2067 Massachusetts Avenue, 5th Floor
Cambridge, MA 01240
Tel: (617) 230-2779
jonas@jonasjacobson.com

                                                                    Richard R. Hennessey